

**VOCATIONAL EVALUATION AND EARNING CAPACITY ANALYSIS**


**PREPARED BY:**    Kincaid Wolstein Vocational and Rehabilitation Services
One University Plaza ~ Suite 302
Hackensack, New Jersey 07601
Phone: (201) 343-0700
Fax: (201) 343-0757

**PREPARED FOR:**    Frederick Aranki, Esquire
Block O'Toole & Murphy, LLP
One Penn Plaza, Suite 5315
New York, New York 10119
Phone: (212) 736-5300

**REGARDING:**    Joseph Gonzalez

**DATE OF BIRTH:**    March 3, 1976

**REPORT DATE:**    March 18, 2020

Gonzalez, Joseph                                                                                                                2

## Table of Contents

CERTIFICATION ............................................................................................................... 3

DISCLOSURE .................................................................................................................. 3

CASE CONCEPTUALIZATION MODEL: ......................................................................... 4

REFERRAL INFORMATION ............................................................................................ 5

EVALUATION METHODOLOGY ...................................................................................... 5

EVALUATION ASSUMPTIONS ....................................................................................... 6

LEGAL EXHIBITS AND DOCUMENTS REVIEWED ....................................................... 6

FAMILY/SOCIAL/EDUCATIONAL/MILITARY BACKGROUND ....................................... 6

EMPLOYMENT EXPERIENCE ........................................................................................ 7

VOCATIONAL PROFILE AND EMPLOYMENT EXPERIENCE ANALYSIS ................... 8

MEDICAL RECORDS REVIEWED ................................................................................ 10

MEDICAL HISTORY SUMMARY .................................................................................. 11

SELF-REPORT .............................................................................................................. 16

VOCATIONAL TESTING ............................................................................................... 17

    Wonderlic Personnel Test (Form IV): .................................................................... 17

    Wide Range Achievement Test, Revision 5 (WRAT-V): ........................................ 18

POST-INJURY VOCATIONAL PROFILE ...................................................................... 18

TRANSFERABLE SKILLS ANALYSIS .......................................................................... 19

ANALYSIS OF EMPLOYABILITY .................................................................................. 21

VOCATIONAL REHABILITATION ................................................................................. 23

    Assistive Technology ............................................................................................. 24

ANALYSIS OF EARNINGS/EARNINGS CAPACITY .................................................... 26

SUMMARY .................................................................................................................... 29

RESOURCES AND REFERENCES ............................................................................... 32

MCCROSKEY TRANSFERABLE SKILLS ANALYSIS .................................................. 33

Gonzalez, Joseph                                                                                                3

## CERTIFICATION

This is to certify that I am not related to any of the parties to the subject action, nor do I have any present or intended financial interest in the outcome of this case beyond the fees due for professional services rendered in connection with this report and possible subsequent services.  Further, I certify that my professional fees are not contingent upon the resultant financial awarding of this matter, but are based on the time expended on the services provided to counsel in connection with the subject action.

This is to further certify that all assumptions, methodologies and calculations utilized in this evaluation and assessment report are based on current knowledge and methods applied in the determination of employability, labor market access, job placement and earnings capacity.

## DISCLOSURE

Mr. Gonzalez was advised about the purpose of the evaluation. He was advised that the evaluation was being conducted within the parameters of litigation and that any information obtained during the evaluation was not confidential.

In addition, Mr. Gonzalez was advised that this was a one-time evaluation, forensic in nature, and that no client-counselor relationship exists or was implied; that no direct rehabilitation services would be provided to him by this office; and that an unbiased, objective evaluation of his employability, labor market access, and earning capacity, post injury, was the only purpose of this interview.

He was also advised that Kincaid Wolstein Vocational & Rehabilitation Services maintains confidentiality of all medical records. Once the case is resolved, the corporate policy is to destroy the case records.  Mr. Gonzalez indicated understanding of these rules of procedure and conduct and agreed to proceed.

Gonzalez, Joseph                                                                                    4

## CASE CONCEPTUALIZATION MODEL:

Case conceptualization for forensic vocational consulting should rely upon a methodology that is reliable and valid, since these aspects are crucial to an objective vocational evaluation.  It is important to select a case conceptualization model that is referenced in the literature, or regarded as a sound methodology.[1]  The RAPEL model defines five domains: rehabilitation plan, access to the labor market, placeability, earning capacity, and labor force participation.  Field (2008) states that RAPEL is a widely inclusive model, encompassing many resources ranging from labor market access, placeability considerations, attention to earning capacity issues, and other facets that assist in case conceptualization.[2]  Robinson (2014) states that RAPEL is the most frequently referenced methodology for earning capacity analysis, with high levels of content validity and face validity.

*Rehabilitation plan:* The rehabilitation plan is an individualzed plan tailored to the specific needs of the evaluee, and all factors affecting return to work should be considered.  In this vocational evaluation, rehabilitation considerations and job accommodations are often found in the Vocational Rehabilitation and Assistive Technologies sections, though they may be absent depending on the viability of rehabilitative efforts for the evaluee.

*Access to the labor market:* Access to the labor market is based on the evaluee's ability to obtain work, or, in other words, personal access to the competitive labor market.  This issue is addressed in the Analysis of Employability section via the transferable skills analysis.

*Placeability:* Placeability is also an aspect of vocational evaluation that uses the RAPEL model.  Placeability can be regarded as the ability to secure employment based on the interaction of an individual's employability and factors in the community, such as job availability and employer attitudes.[2] The transferable skills analysis considers the availability of jobs down to the local labor market level.  The specificity of the McCroskey Transferable Skills Programs allows analysis at the county level.

*Earning Capacity:* Earning capacity is a function of the capacity to perform work.  Pre-injury earning capacity must be considered versus post-injury earning capacity.[2] Any difference in earning capacities attributable to loss of access to the labor market can result in lost earnings, which are addressed in the Analysis of Earnings/Earning Capacity section.

*Labor force participation:* Labor force participation represents issues of working life.  Loss of access to the competitive labor market can result in a reduced worklife expectancy, including being unable to hold employment (total absence from the labor market and substantial gainful activities), being limited to part-time work, or being able to carry on a full-time work schedule.[2] Labor force participation is also addressed in the Analysis of Employability section, and, depending upon the needs of the evaluation, in a Worklife Expectancy section as well.

---

[1] International Associate of Rehabilitation Professionals. http://www.rehabpro.org/publications/standards
[2] Field, T. (2008). Estimating earning capacity: Venues, factors, and methods. *Estimating Earning Capacity,* 1(1), 5-40.

## REFERRAL INFORMATION

Mr. Joseph Gonzalez's case was referred for Vocational Assessment and determination as to whether or not, as a result of injuries allegedly incurred in a work-related elevator accident on June 28, 2018, he sustained a Vocational Impairment or Work Disability, and if so, how that impairment or disability might affect his earning capacity.  In addition, determination was made as to whether he would benefit from vocational rehabilitation services.  A Vocational Evaluation was conducted based upon assessment of pertinent information provided regarding Mr. Gonzalez's age, education, past relevant employment and earnings history, and current employment and earnings.  The information gathered pertains to the relevant vocational factors for Mr. Gonzalez in relation to the competitive employment market.

## EVALUATION METHODOLOGY

Records and data regarding Mr. Gonzalez were provided by the law offices of Block O'Toole & Murphy, LLP, for review and use in evaluating his employability and earning capacity.  Mr. Gonzalez was interviewed on November 7, 2019, at the offices of Block O'Toole & Murphy, LLP, located in New York, New York.  The following procedures were followed:

1. An in-depth interview was conducted to obtain relevant background information with regard to Mr. Gonzalez's age, education, present employment and earnings status, past employment and earnings experience, and current work/life status.

2. Vocational testing was conducted to ascertain vocational traits.  Mr. Gonzalez's test results were utilized to compare his aptitudes to job requirements.  The following tests were administered:

   - Wonderlic Personnel Test (WPT)
   - Wide Range Achievement Test (WRAT-V)

3. The employment history was researched using standard vocational reference materials that are detailed in the Resources and References section at the end of this narrative.  This employed the **McCroskey Transferable Skills Program**, a job-person matching system that enables the comparison of individual abilities and job requirements to see where the two intersect.  This system, which has been shown to have a high degree of reliability and validity, employs the U.S. Department of Labor (DOL) worker trait factor system as a means of comparing individual capacities against the mental and physical demands of jobs as they exist in the local labor market.  In addition, the **McCroskey Vocational Quotient System** was used to analyze further the employability of Mr. Gonzalez.  Labor market and wage information was gathered for the New Jersey State area.

4. From the information generated and reviewed, a pre-injury profile of worker trait capacity levels was established and used to compare the pre-injury capacities of

Gonzalez, Joseph                                                                                    6

Mr. Gonzalez against the demands of jobs as they exist in the local labor market. Educational attainment level and vocational preparation were also considered.

5.  Medical information was received and reviewed to determine the nature, extent, and duration of injuries sustained and any permanent functional limitations resulting from injury.  This information was then used to adjust the pre-injury profile, leading to the development of a post-injury vocational profile in the context of Mr. Gonzalez's injuries and the functional impairments and limitations resulting from injury.

6.  Both profiles were then compared to profiles for all 12,775 jobs in the **Dictionary of Occupational Titles**, combined with a labor market survey of the most frequently hired for jobs in the State of New Jersey, 2019.  This was done using the **McCroskey Transferable Skills Program**, which evaluates vocational information in accordance with U.S. Department of Labor criteria (worker trait-factor capacity levels).

7.  From this analysis, further assessment was then done to ascertain pre- and post-injury employability, labor market access, job placement potential, vocational rehabilitation needs, and wage-earning capacity at this time.

## EVALUATION ASSUMPTIONS

This vocational evaluation and earning capacity analysis is based upon the skills, training, knowledge, clinical discretion, and professional experience of the author.  This evaluation assumes the following:

1.  The medical records were provided in their entirety and accurately reflect the medical condition and functional abilities of the evaluee;

2.  The evaluee provided true and accurate information in the vocational interview;

3.  All testing administered was completed to the best of the evaluee's abilities;

4.  The evaluee's employment history, education, and training demonstrate his vocational capacities and ability to benefit from job training.

## LEGAL EXHIBITS AND DOCUMENTS REVIEWED

Income Tax Returns of Joseph and/or Joyce Gonzalez: 2015–2018.

Plaintiff's Response to Interrogatories: September 26, 2019.

## FAMILY/SOCIAL/EDUCATIONAL/MILITARY BACKGROUND

Mr. Gonzalez indicated that he earned a high school diploma in 1994 from Sayreville

Gonzalez, Joseph                                                                                        7

High School, located in Sayreville, New Jersey.  He completed two three-week courses in web design, one at DeVry Institute and the other at Chubb Institute, in the 1990s.  Mr. Gonzalez has not served in the military.  No other training or education is noted.

Mr. Gonzalez is the father of two: Elijah (DOB: 5/5/02) and Isabella (DOB: 11/20/04).  He currently resides in Sayreville, Middlesex County, New Jersey.  Mr. Gonzalez has a Class D New Jersey State automobile driver's license.  Prior to injury, he noted enjoying motorcycle riding and recreational sports with his children, which he states he is no longer able to perform at pre-injury levels.

## EMPLOYMENT EXPERIENCE

Mr. Gonzalez reported that from 2010 to June 28, 2018, he had worked as a Construction Superintendent in the New York, New York State, area.  Following his injury on June 28, 2018, he was not able to return to work.  He stated that he was earning Construction Superintendent wage rates and fringe benefits at the time of injury.  His past work experience includes Construction Superintendent, Carpenter, and Handyman job positions.  Mr. Gonzalez's employment experience, as related by him, is as follows:

**Position:**   **Construction Superintendent**
Employer:   We Work and its predecessors (O-Tek)
Location:   New York, New York
Dates:   2017–June 28, 2018; no RTW
Earnings:   $40,000-$47,000 per year
Duties:   Superintendent duties at commercial properties throughout Manhattan; handled subcontractors; ordered supplies; dealt with scheduling and punch lists; met for meetings with clients, engineers, and architects in person; and maintained premises (took out garbage, kept areas clean).

**Position:**   **Construction Superintendent**
Employer:   Various: Legacy, O'Mara, Inside Squad, Sheila Inc., O-Tek
Location:   New York, New York and New Jersey
Dates:   2010/2011–June 28, 2018
Earnings:   Started at $65,000 per year, up to $71,000 per year
Duties:   Same as above.

**Position:**   **Carpenter**
Employer:   Polermo Construction
Location:   Toms River, New Jersey
Dates:   2004/2005–2010
Earnings:   $500 per week
Duties:   Finish carpentry; hung kitchen cabinets; hung doors, molding and trim; and used hand tools such as chop saws, nail guns, circular saws, and power drills..

Gonzalez, Joseph                                                                                    8

**Position:**    **Handyman**
Employer:        Self-employed (JG Home Services)
Location:        New Jersey
Dates:           2001–2004/2005 (and jobs as available)
Earnings:        Paid per job
Duties:          Remodeled kitchens and bathrooms; light carpentry (no plumbing or electric); did tiling and backsplashes, roofing, and siding.

### VOCATIONAL PROFILE AND EMPLOYMENT EXPERIENCE ANALYSIS

According to Shahnasarian (2011), "Establishing a benchmark of an individual's premorbid earning capacity is a prerequisite to analyzing potential comparative post-incident earning capacity changes.  Trends in earnings history, projections about the demand for skills, and a professional analysis of a person's pre-incident career development prospects facilitate the formulation of pre-incident earning capacity estimates."[3]

The jobs that Mr. Gonzalez has successfully performed in the past 15 years were researched in the U.S. Department of Labor's **Dictionary of Occupational Titles**, along with addendum publications that include the **Revised Handbook for Analyzing Jobs**, the **O*Net Dictionary of Occupational Titles**, the **Selected Characteristics of Occupations**, and **Occupational Outlook Handbook**.  The job definitions provided from the Dictionary of Occupational Titles are not intended to be exact representations of the jobs performed in Mr. Gonzalez's employment history.  Instead, the job definitions are intended to provide a synthesis of general information that most closely encapsulates the skills, abilities, educational requirements, and physical capacities that are required to perform a specific job position or array of work tasks.  It is duly noted that each occurrence of a job position in the workforce varies, to some degree, with unique worksite and employer needs.

Reference to these job titles is important, since they have known capacity statements attached to them, which represent modal ability levels associated with the types of jobs Mr. Gonzalez has performed in the past.

| DOT Number | DOT Title | VQ | Skill Level – Specific Vocational Preparation[4] | Physical Demands |
|---|---|---|---|---|
| 860.381-022 | Carpenter | 113.8 | SVP = 7 (Skilled) | Medium |
| 182.167-026 | Superintendent, Construction | 125.2 | SVP = 7 (Skilled) | Light |

As classified by the Dictionary of Occupational Titles, these jobs require a range of Light to Medium physical duty on a five-point scale (sedentary, light, medium, heavy, and very heavy).

---

[3] **Assessment of Earning Capacity, 3rd Edition,** Shahnasarian, M. 2011.  Lawyers and Judges Publishing Company, Inc. Tucson, Arizona.

[4] SVP 1 = <5 Days, SVP 2 = 5-30 Days, SVP 3 = 1-3 Months, SVP 4 = 3-6 Months, SVP 5 = 6-12 Months
 SVP 6 = 1-2 Years, SVP 7 = 2-4 Years, SVP 8 = 4-10 Years, SVP 9 = >10 Years

According to the **Dictionary of Occupational Titles**, light work is defined as follows:

> Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists 2/3 or more of the time) to move objects.  Physical demand requirements are in excess of those for Sedentary Work.  Even though the weight lifted may only be a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree: or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when a job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible.

Medium work is defined by the **Dictionary of Occupational Titles** as follows:

> Exerting 20–50 pounds of force occasionally and/or 10 to 25 pounds of force frequently, and/or greater than negligible up to 10 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Light Work.

Based on Mr. Gonzalez's self-reported job description, including lifting of up to 100 lbs. to empty garbage bins, the physical requirements are more consistent with heavy physical exertion.

According to the **Dictionary of Occupational Titles**, heavy work is defined as follows:

> Exerting 50 to 100 pounds of force occasionally, or 25 to 50 pounds of force frequently, or 10 pounds of force constantly to move objects.  Physical Demand requirements are in excess of those for Medium Work.

These jobs require combined aptitudes in the following areas:

| Code | Aptitude | Level |
|------|----------|-------|
| R | Reasoning | High Average |
| M | Mathematics | High Average |
| L | Language | Middle Average |
| S | Spatial Perception | High Middle Average |
| P | Form Perception | Low Middle Average |
| Q | Clerical Perception | Low Middle Average |
| K | Motor Coordination | Low Middle Average |
| F | Finger Dexterity | Low Middle Average |
| M | Manual Dexterity | Low Middle Average |
| E | Eye Hand Foot Coordination | Below Average |
| C | Color Discrimination | Below Average[5] |

These jobs are rated in the Average to Above Average range on the **McCroskey Vocational Quotient Scale**, a standardized empirically-derived index of vocational difficulty that considers all of the worker traits that are measures of mental and physical **capacity** in order to derive an overall statistical index of job difficulty. This index ranges from a low of approximately 72.00 to a high of about 154.00. The VQ distribution for all jobs in the DOT has been transformed (McCroskey, 1992) to a Mean of 100.00 and a Standard Deviation of 15.00. In general, the higher the VQ, the more difficult and rewarding is the job. Jobs with VQs ranging between 85.00 and 115.00 fall within the "average range" of overall job difficulty.

***Conclusion(s) from Vocational Profile:***

Mr. Gonzalez demonstrated the ability to perform work successfully as a Construction Superintendent and Carpenter within the past 15 years. He showed the ability to perform duties, develop skills, and acquire the knowledge and training necessary to obtain and maintain employment in these job positions.

## MEDICAL RECORDS REVIEWED

Bellevue Hospital Center
    Soma Pathak, M.D.
        Emergency Department Note: 06/28/18
    Sergey Kochkine, M.D.
        Imaging Studies: 06/28/18 (x6)

Eastside Medical Group
    Douglas A. Schwartz, D.O.
        Initial Physiatric Evaluation: 07/10/18
        Follow Up Notes: 08/15/18, 10/18/18, 11/29/18, 12/13/18
        Electrodiagnostic Study: 12/13/18

---

[5] Very Low – Under 10%ile; Below Average – 10 to 33%ile; Average – 34 to 65%ile; Above Average – 66-89%ile; Superior – Over 89%ile.

**Kincaid Wolstein Vocational and Rehabilitation Services**
One University Plaza, Suite 302, Hackensack, New Jersey 07601
www.KWVRS.com ■ Tel: (201) 343-0700 ■ Fax: (201) 343-0757

Gonzalez, Joseph                                                                            11

Lenox Hill Radiology
        David Milbauer, M.D.
                Imaging Studies: 08/21/18 (x2)

Behavioral Medicine Associates
        Alexander Alvardo, Psy.D.
                Psychological Evaluation: 09/30/18

New York Spine Specialist
        Andrew Cordiale, D.O.
                Initial Orthopedic Evaluation: 01/17/19

Brain and Spine Institute of NY and NJ
        *Arien J. Smith, M.D.
                Initial Orthopedic Evaluation: 02/06/19
                Follow Up Notes: 04/03/19, 06/26/19, 08/14/19, 09/25/19

Hudson Regional Hospital
        *Arien J. Smith, M.D.
                Operative Report: 03/29/19

Edwin Richter III, M.D.
                Physiatric Evaluation: 06/20/19

* Please note that an asterisk next to the name of a provider indicates that he or she
may be found in multiple locations throughout this medical summary.

## MEDICAL HISTORY SUMMARY

The medical records available for review indicates that Mr. Gonzalez was involved in a
work-related accident on June 28, 2018, wherein he was working in a freight elevator
which fell several stories.  He remained trapped inside the elevator for approximately
two hours before being transported to Bellevue Hospital.  Mr. Gonzalez suffered injuries
to the cervical spine, ultimately undergoing a fusion procedure in March 2019.  A
synopsis of the records is as follows:

06/28/18 Soma Pathak, M.D.: Emergency Department Note

        42-year-old male, in a manual freight elevator that fell ~2 floors, struck back and
        head, no loss of consciousness.  Notes back pain.

06/28/18 Sergey Kochkine, M.D.: Imaging Report

        CT head
        1.  No acute intracranial hemorrhage, territorial infarction or mass lesion.

Gonzalez, Joseph                                                                          12

2. No abnormal extra-axial collection, ventricles, basal cisterns and sulci are normal in size and morphology. No hydrocephalus.
3. No acute fracture or dislocation. Mastoid air cells are clear.

CT facial bones
1. No significant soft tissue swelling.
2. No acute fracture or dislocation., remote healed mildly depressed right orbital floor fracture with right orbital floor mesh and with small extraconal fat protrusion. Orbits, globes and lenses are otherwise intact.
3. No retrobulbar hematoma.
4. Mild scattered mucosal inflammatory change in the paranasal sinuses.

CT cervical spine
1. Cervical collar in place. Alignment is intact.
2. No acute fracture.
3. No prevertebral or paravertebral soft tissue swelling. Vertebral body heights and intervertebral disc spaces are maintained.

CT chest
1. No mediastinal hemorrhage. Intact aorta. Clear lungs. No pleural effusion or pneumothorax.
2. No acute fracture or dislocation.

CT abdomen pelvis
1. No extraluminal air or free fluid. No solid or hollow visceral injury.
2. No acute fracture or dislocation. Multiple sub centimeter hypodensities, too small to characterize, likely benign cysts or hemangiomas.  6mm hyperdense intraluminal focus at the gallbladder fundus, possibly polyp versus non obstructing stone.

CT of the thoracolumbar spine
1. No acute intracranial injury.
2. No acute cervical spine injury.
3. No acute facial fractures. Remote healed mildly depressed right orbital floor fracture with mesh.
4. No acute thoracic injury. Intact aorta.
5. No acute injury to the abdomen or pelvis.
6. No acute thoracolumbar spine injury.

07/10/18 Douglas A. Schwartz, D.O.: Initial Physiatric Evaluation

…complaints of persistent neck and low back pain with stiffness, tightness and limited motion, a feeling of heaviness to the neck and especially to low back, numbness/tingling into the right arm and leg, spasms to these areas as well and limited ability to tolerate short periods of sitting and standing positions, ambulation of short distances and stair activities. Suffers interrupted sleep.

Gonzalez, Joseph                                                                                    13

Diagnosis: Derangements cervical/lumbosacral spines with myofasciitis with probable underlying radiculopathy and/or disk pathology.

08/21/18 David Milbauer, M.D.: Imaging Report

MRI cervical spine
1.  Left-sided posterior disc herniation at C5-C6, associated with minimal narrowing of the left neural foramen.
2.  Diffuse posterior disc bulge at C6-C7.
3.  Minimal disc bulge and mild left foraminal narrowing at C4-C5.

MRI lumbar spine
1.  Posterior disc bulge at L4-L5, above a partly sacralized L5 segment.

09/30/18 Alexander Alvarado, Psy.D.: Psychological Evaluation

Mr. Gonzalez reported experiencing various difficulties in his daily life due to his accident and injuries. He noted recurrent headaches, lightheadedness, numbness, tingling and frequent pain. He finds that it takes him longer to do things and has difficulty initiating and completing chores at home.

He also noted experiencing cognitive changes with some difficulties in areas of memory, concentration, executive function, and sensorium.  His difficulties have had a severe interference in his daily life.  These cognitive symptoms along with the nature of his accident and injuries indicate the possibility of a mild traumatic brain injury/postconcussional syndrome, which requires further evaluation.

Mr. Gonzales also endorsed symptoms of psychological distress that included irritability, short temper, fatigue, mood swings, social isolation, depressed mood, appetite changes, loss of libido and sleep disturbances.

Mr. Gonzalez is suffering from posttraumatic stress disorder and symptoms of cognitive impairment as a result of the incident…  He is unable to function adaptively in his daily life.  He requires psychological treatment…

Diagnosis:     1. Post-traumatic stress disorder, unspecified.
               2. Rule out postconcussional syndrome
               3. Pain disorder with related psychological factors.

11/29/18 Douglas A. Schwartz, D.O.: Follow Up Notes

Diagnoses:
1.  Cervical derangement with myofasciitis with probable underlying radiculopathy with left-sided posterior disc herniation at C5-6 associated with

Gonzalez, Joseph                                                                        14

minimal narrowing of the left neural foramen, diffuse posterior disc bulging at
C6-7, disc bulge and mild left foraminal narrowing at C4-5.
2. Lumbosacral derangement with myofasciitis with probable underlying
radiculopathy with posterior disc bulge at L4-5.

Plan: Maintain physical therapy two to three times per week… trigger point
injection with 1% lidocaine… medical electro-acupuncture… maintain Flector
patch… maintain Lidoderm patch…   Totally disabled from any and all work.

12/13/18 Douglas A. Schwartz, D.O.: Electrodiagnostic Study

EMG/NCV bilateral upper and lower extremities
1. Needle EMG revealed evidence of bilateral C6, right L5 radiculopathy with
denervation noted to the bilateral extensor carpi radialis brevis, right extensor
hallucis longus muscles.
2. Reduced amplitude and prolonged distal latencies, as well as incidental
findings of mild right median/ulnar neuropathies noted.

01/17/19 Andrew Cordiale, D.O.: Initial Orthopedic Evaluation

The patient has no significant history of neck or back injury.  The patient is not
currently working.  The problem does interfere with the patient's daily normal
function.  The patient complains of low back pain and neck pain with radiation
into both right and left upper extremities, with radiation into both right and left
lower extremities… with numbness, tingling, and dysesthesias.  The problem is
associated with symptoms of headache and nausea.

Diagnosis: Cervical sprain, herniated cervical intervertebral disc, cervical
radiculopathy, herniated lumbar intervertebral disc.

Plan: An overview of different treatment options… including surgical and non-
surgical modalities for symptoms, such as chiropractic care/physical therapy,
epidural steroid injections, and medications.

The patient is to refrain from any activity that exacerbates symptoms such as
heavy lifting, carrying, or bending…

03/29/19 Arien J. Smith, M.D.: Operative Report

Pre-op Dx:   1. Traumatic herniation of intervertebral disc, C4-C5 and C5-C6.
             2. Cervical radiculopathy, C4-C5 and C5-C6.

Post-op Dx:  [None noted.]

Procedures:  1. Anterior cervical discectomy, C4-C5 and C5-C6.
             2. Anterior cervical disc arthroplasty, C4-C5 and C5-C6.

    3. Application of intervertebral biomechanical cage, C4-C5 and C5-C6.
    4. Epidural steroid injection, C4-C5 and C5-C6.
    5. Fluoroscopic guidance
    6. Microscopic visualization.

04/03/19 Arien J. Smith, M.D.: Follow Up Note

…43-year-old male who was in usual state of health until 06/29/18 when he was involved in a workplace accident.  As a result of the accident, the patient sustained injuries to his neck and back.  As a result of the cervical injury, the patient underwent C4-5 and C5-6 intervertebral disc arthroplasty…

I am recommending that the patient initiate post-operative care in the form of physical therapy at a frequency of 2 to 3 times per week for 8 weeks.

…the patient's degree of impairment for the neck and back is 100%.

… the patient has not fully healed from the injuries sustained in the workplace accident.  … the diagnosis would be a direct and proximate result of the 06/28/18 workplace accident.

06/20/19 Edwin Richter III, M.D.: Physiatric Evaluation

Impression:
Mr. Gonzalez is status post-accident as described above in which he sustained injuries and impairments including cervical and lumbar disc derangement with associated radiculopathies.  He has chronic pain, decreased range of motion, decreased sensation, and decreased activity tolerance as a result of his injuries. He is expected to have progression of post-traumatic arthritis.  He is expected to have progression of adjacent level syndrome.  These injuries are permanent and are causally related to the accident of 06/28/18.

There is anticipated need of continued medical care (across the life span) as a result of this accident…

He is not expected to be able to successfully maintain employment at any work for which he is qualified.

09/25/19 Arien J. Smith, M.D.: Follow-Up Note

Based on my post-operative examination of the patient and surgical intervention taken in the form of a cervical disc arthroplasty, my previous recommendations remain unchanged, I am recommending the following:
1. The patient should undergo physical therapy for the lumbar spine at a frequency of 1–2 times per week for 6 weeks…

2. The patient should continue with postoperative care in the form of physical therapy at 2–3 times per week…

3. The patient has symptoms of temporomandibular joint dysfunction (TMJ) and I am recommending the patient consult with a specialist.

…the patient's degree of impairment for the neck and back is 100%.

…that the patient has not fully healed from the injuries sustained…

### Conclusion(s) from Medical Records:

Based on the medical records, Mr. Gonzalez has significant physical functional impairments that impact his employability and functional abilities to perform work.  On November 29, 2018, Dr. Douglas Schwartz composed a follow-up note that stated that Mr. Gonzalez is totally disabled from any and all work.  On January 17, 2019, Dr. Andrew Cordiale composed an orthopedic evaluation report that stated, "The patient is to refrain from any activity that exacerbates symptoms such as heavy lifting, carrying, or bending…"  On April 3, 2019, Dr. Arien Smith rendered a follow-up note that stated that Mr. Gonzalez has a 100% impairment for the neck and back.  He was assessed at the sedentary level, which may require medical improvement.

## SELF-REPORT

Mr. Gonzalez currently reports that he suffers from constant pain in his low back and neck.  Mr. Gonzalez rated his pain on the following pain scale:

| Pain Level | Description |
|---|---|
| 0 | No pain |
| 1 | Mild pain; you're aware of it, but it doesn't bother you |
| 2 | Moderate pain; tolerable without medications |
| 3 | Moderate pain; requires medication to tolerate |
| 4–5 | More severe pain; you begin to feel antisocial |
| 6 | Severe pain |
| 7–9 | Intensely severe pain |
| 10 | Most severe pain; unbearable |

| Area | Frequency | Pain Intensity |
|---|---|---|
| Low Back | Constant | 2 to 6 |
| Neck | Constant | 3 to 5 |

Mr. Gonzalez indicated that his abilities for lifting, sitting, climbing, stooping, driving, reaching, standing, walking, bending, kneeling, and sleeping are impaired as a result of his injury.  Mr. Gonzalez noted the following specific limitations:

Gonzalez, Joseph                                                                                  17

| Activity | Functional Ability |
|----------|--------------------|
| Lifting | About 10 to 15 lbs. without pain |
| Sitting | Shifts frequently, about 10 minutes at a time |
| Climbing | Very difficult, ascending is harder |
| Stooping | Painful |
| Driving | Uncomfortable, ROM issues in neck, special technique |
| Reaching | Overhead reaching is painful bilaterally |
| Standing | About 10 to 15 minutes, then takes a break |
| Walking | About 10 to 15 minutes, then takes a break |
| Bending | Causes pain in low back |
| Kneeling | Painful |
| Sleeping | Disrupted, wakes up 2–3x on average night |

Mr. Gonzalez reported that he avoids medications and that he is being treated by the following physicians on a regular basis:

| Physician | Specialty | Frequency |
|-----------|-----------|-----------|
| Dr. Schwartz | Primary Care | 1x/3–4 Months |
| Dr. Arian Smith | Ortho: C Spine | 1x/3–4 Months |

## VOCATIONAL TESTING

During the course of our interview, Mr. Gonzalez was administered three tests to help ascertain vocational traits.  The tests measure factors that correspond to the U.S. Department of Labor (DOL) worker trait factor system used to categorize jobs and to compare worker aptitudes to job requirements.  These tests are as follows:

| Test | Department of Labor – Related Trait Factors |
|------|---------------------------------------------|
| Wonderlic Personnel Test | Reasoning (R), Mathematics, (M), Language (L) |
| Wide Range Achievement Test V | Reasoning (R), Mathematics, (M), Language (L), Clerical Perception (Q) |

Test results for Mr. Gonzalez are as follows:

## Wonderlic Personnel Test (Form IV):

The Wonderlic Personnel Test is a test of general intelligence.  Mr. Gonzalez's score was as follows:

| | |
|--|--|
| Raw Score: | 23 |
| Adjusted Raw Score | 25 |
| Grade Equivalent: | 12–13 Years of Education |
| Cumulative Percentile Rank: | 66.59% (Adult Working Population Norms) |
| WAIS Equivalent: | 111 Full Scale IQ (Norm = 100) |

Mr. Gonzalez's test score is in the High Middle Average range for his age group and in

Gonzalez, Joseph                                                                    18

comparison to the adult working population.  A score of 25 on the Wonderlic Personnel Test is common for individuals with 12–13 years of education.  Twenty nine percent of the population score within this range (20–26).  Individuals with these types of scores are reflective of general clerical and first line supervisors, who are able to train others for routine positions.  In terms of training potential, they are able to learn routine quickly and train with a combination of written materials and actual on-the-job experience.[6]

## Wide Range Achievement Test, Revision 5 (WRAT-V):

The WRAT-V has subtests for Word Reading, Sentence Comprehension, Spelling, Math Computation, and Reading Composite.  This is a test of achievement and learning ability and can be compared to achievement levels of other individuals in the same age group.  His scores were as follows:

| Subtest | Standard Score | Percentile | Grade Score |
|---|---|---|---|
| Word Reading | 99 | 47 | >12.9 |
| Spelling | 84 | 14 | 7.5 |
| Math Computation | 92 | 30 | 7.2 |
| Sentence Comprehension | 96 | 39 | >12.9 |
| Reading Composite | 97 | 42 | --- |

Mr. Gonzalez's scores were in the Low Average and Average ranges for all domains administered, indicating adequate abilities for most jobs.

### Conclusion(s) from Vocational Testing:

Mr. Gonzalez's scores on the vocational test battery fell in the Low Average to High Average ranges.  His weakest subject was Spelling, falling in the 14th percentile, and his highest score was on the Wonderlic Personnel Test, which fell in the 66th percentile. Based on these scores, Mr. Gonzalez would be suitable for job retraining, and formalized education would not be out of the realm of possibility.

## POST-INJURY VOCATIONAL PROFILE

The profile developed from the education and employment experience was adjusted to reflect the functional limitations that Mr. Gonzalez currently demonstrates, as derived from the records reviewed and generated for this evaluation.

Mr. Gonzalez's Post-Injury Vocational Profile is comprised of multiple factors: education, employment experience, vocational testing, medical records, and Mr. Gonzalez's self-report.  The information relevant to his vocational situation is as follows:

- Education:
  - Mr. Gonzalez earned a high school diploma in 1994.

---

[6] **Wonderlic Personnel Test & Scholastic Level Exam,** 1992, Wonderlic Personnel Test, Inc., Libertyville, IL.

- o   Mr. Gonzalez completed two three-week training courses in web design.
- Employment:
  - o   Pre-Injury: Light and Medium Physical Demands.
  - o   Post-Injury: Sedentary Physical Demands.
- Vocational Testing:
  - o   Mr. Gonzalez is suitable for job retraining, and his scores ranged from the 14th to the 66th percentiles.
- Medical Records:
  - o   Based on the medical records, Mr. Gonzalez was assessed at the sedentary level.
- Mr. Gonzalez's self-reported limitations are noted and considered.  For the purposes of determining his residual abilities, the medical records are relied upon.

Based on the medical records, Mr. Gonzalez was limited to sedentary work.  For the sedentary profile, this would preclude him from activities involving light, medium, and heavier physical exertion, and reduce his capacity for lifting, carrying, pushing, pulling, standing, and walking.  The remainder of the pre-injury profile was held constant.

According to the **Dictionary of Occupational Titles**, sedentary work is defined as follows:

> Exerting up to 10 pounds of force occasionally or a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body.  Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time.  Jobs are Sedentary if walking and standing are required only occasionally and all other sedentary criteria are met.

## TRANSFERABLE SKILLS ANALYSIS

Labor market area and availability of jobs in a specific labor market must also be considered, since certain occupations and professions are concentrated in various geographic regions.  According to Field, placeability exists when "economic conditions and employer attitudes are such that a person can actually be placed in a job."[7]

Both the pre-injury profile of worker traits and the post-injury profile for Mr. Gonzalez were compared to all 12,775 jobs in the D.O.T., interfaced with a labor market survey of the most frequently hired for jobs in the State of New Jersey, 2019.  This was done, as noted, using the **McCroskey Transferable Skills Program**, which matches and compares worker capacities against the demands of jobs to determine where the two intersect.  The program has proven over time, through continually published, peer-reviewed research, to have a high degree of validity and reliability for measuring probable outcomes and entry point wages.

---

[7] Field, op. Cit., pI-12

Pre-injury, Mr. Gonzalez's profile matched 438 of the 1,250 most frequently hired for jobs statewide, or about 35% of this job database using the MTSP program.  This is reflective of his prior employment experience in Construction Superintendent and Carpenter job positions.  It also indicates that he had the **capacity** to perform, or to learn to perform, these jobs.  The numbers of matching pre-impairment and post-impairment vocational profiles for each of the 10 categories of work in the D.O.T. are indicated in **Table 1** below.

**TABLE 1**
**Pre-impairment & Post-impairment Job Matches**
**(By Job Category)**

| No. of Job Categories | Pre-impairment No. of Jobs | Post-impairment No. of Jobs |
|---|---|---|
| 0 Professional | 8 | 0 |
| 1 Technical | 52 | 22 |
| 2 Clerical/Sales | 136 | 34 |
| 3 Service | 80 | 2 |
| 4 Agriculture | 1 | 0 |
| 5 Processing | 23 | 0 |
| 6 Machine Trades | 44 | 0 |
| 7 Bench Work | 47 | 1 |
| 8 Structural | 22 | 0 |
| 9 Miscellaneous | 25 | 2 |
| **Total** | **438** | **61** |

Jobs with transferable skills are indicated in **Table 2**.

**TABLE 2**
**Pre-impairment & Post-impairment Job Transferability**
**(Number of Jobs by Level of Transferable Job Skills)**

| Category | Pre-impairment | Post-impairment |
|---|---|---|
| Moderate to high skill transferability | 11 | 3 |
| Job transferability requiring little or no transferable skills | 427 | 58 |

Post-injury at the sedentary level, with his functional limitations as well as his residual functional capacities, Mr. Gonzalez's profile matched 61 of the most frequently hired for jobs in the State of New Jersey.  This is indicative of an 86% diminution of personal access to the local labor market, pre- vs. post-injury, based solely upon the trait-factor job matching analysis.  None of the jobs were in a transferable skills category for which high levels of transferable skills were available, while there were three for moderate levels of skill transferability.  Examples of the job titles are:

Gonzalez, Joseph                                                                                  21

| D.O.T. Code | Job Title |
|---|---|
| 186.167-030 | Manager, Housing Project |
| 185.167-018 | Manager, Distribution Warehouse |
| 168.267-014 | Claim Examiner |
| 214.362-026 | Invoice Control Clerk |
| 259.157-014 | Sales Representative, Hotel Services |
| 241.357-010 | Collection Clerk |
| 235.662-022 | Telephone Operator |
| 221.367-070 | Service Clerk |

The results of the transferable skills analysis, based upon his educational level and work history, are consistent with diminished physical capacities at the sedentary level (with adjustments as noted).  A copy of the report is attached as an addendum to this narrative (see Appendix A).

***Conclusion(s) from Transferable Skills Analysis:***

The results of the transferable skills analysis indicate that, based solely on the trait-factor system, Mr. Gonzalez's sedentary post-injury profile matched 61 occupations, a diminution of 86% compared to the 438 occupational titles contained in his pre-injury profile.

## ANALYSIS OF EMPLOYABILITY

Technically, employability is a status that "exists if a person possesses skills, abilities, and traits necessary to perform a job or jobs."[8]  According to McCroskey, employability theoretically exists when "worker capacity equals or exceeds the demands of a job."[9] When an individual's capacities, experiences, and skills are equal to or greater than the demands of a job, the person has the **capacity** to perform the job or learn to perform the job.  Employability is solely a measure of individual capacity measured against job demands.  While interests associated with jobs are indicators of preference, not capacity, they nevertheless provide signals as to what types of work and environment an individual prefers.

Mr. Gonzalez's employability is influenced by and dependent upon a synthesis of factors.  In Mr. Gonzalez's case, the following factors are pertinent:

- Physical functional capacities and limitations;
- Transferability of previously developed vocational skills;
- Psychological issues;
- Ability to return to past work;
- Candidacy for vocational rehabilitation services.

---

[8] Field, T., 1993. **Strategies for the Rehabilitation Consultant**, p. I-7, Elliott & Fitzpatrick, Inc., Athens, GA.
[9] McCroskey, B.J., 1994.  **Manual for the McCroskey Transferable Skills Program**, Expert
 Vocationologist Edition, Ver. 7., Vocationology, Inc., Minneapolis, MN.

Gonzalez, Joseph                                                                                          22

**Physical functional capacities and limitations:**
The medical records reviewed for this evaluation indicate that Mr. Gonzalez has physical functional impairments.  He was initially treated with conservative care (emergency department treatment; medical imaging of the head, facial bones, cervical spine, chest, abdomen/pelvis, and thoracolumbar spine; a physiatric evaluation; and an electrodiagnostic study) followed by surgical intervention as follows:

- Anterior cervical discectomy and fusion: Dr. Arien Smith (03/29/19).

With respect to his physical functional limitations and capacities, several doctors set forth relevant discussion:

- On November 29, 2018 Dr. Douglas Schwartz stated that Mr. Gonzalez is totally disabled from any and all work.
- On January 17, 2019, Dr. Andrew Cordiale stated, "The patient is to refrain from any activity that exacerbates symptoms such as heavy lifting, carrying, or bending…"
- On April 3, 2019, Dr. Arien Smith stated that Mr. Gonzalez has a 100% impairment for the neck and back.

Based on the medical records reviewed for this evaluation, Mr. Gonzalez was assessed at the sedentary level, which may require medical improvement.

**Transferability of previously developed vocational skills:**
Mr. Gonzalez's physical functional capacities and limitations have a direct impact on the transferability of his previously developed vocational skills.  Accordingly, at the sedentary level, his post-injury profile 61 occupations, which is an 86% diminution of personal access to the competitive labor market.

**Psychological issues:**
The medical records contain discussion of psychiatric issues.  On September 30, 2018, Dr. Alexander Alvarado composed a psychological evaluation and rendered diagnoses of post-traumatic stress disorder and pain disorder with related psychological factors. Dr. Alvarado discussed symptoms such as irritability, short temper, fatigue, mood swings, social isolation, depressed mood, appetite changes, loss of libido, and sleep disturbances.  Dr. Alvarado stated that Mr. Gonzalez is unable to function adaptively in his daily life.

Depending upon the severity of these issues, Mr. Gonzalez's vocational capacities may be negatively impacted.  Vocational implications may result if Mr. Gonzalez's symptomatology persists or get worse.

**Academic abilities for retraining:**
Mr. Gonzalez's academic abilities for job retraining are best represented by the level of education he has completed, in conjunction with his results on the vocational test battery.  He graduated from Sayreville High School in 1994 and completed two three-

week courses in web design.  Mr. Gonzalez's vocational testing results spanned from the 14th percentile up to the 66th percentile.  Based on these scores, his high school education, and the type of training from which he has benefited from in the past, Mr. Gonzalez would be suitable for job retraining, potentially including formalized education, if his medical condition improved.

**Candidacy for vocational rehabilitation services:**
Mr. Gonzalez's ability to benefit from vocational rehabilitation services is a function of all of the factors discussed above.  If his medical condition improves, he will be eligible for vocational rehabilitation services; the viability of these resources will be discussed in the Vocational Rehabilitation section below.

***Conclusion(s) from Analysis of Employability:***

Considering the physical functional capacities and limitations derived from the medical records reviewed for this evaluation, as well as the absence of transferable skills yielded by the transferable skills analysis, it is within a reasonable degree of vocational certainty that Mr. Gonzalez is unemployable in his customary occupation as a Construction Superintendent.  If his medical condition improves, he will require job retraining or vocational rehabilitation services to assist him in reestablishing employability and earning capacity in a sedentary occupation.

## VOCATIONAL REHABILITATION

Mr. Gonzalez is 43 years old and is alleging that, as a consequence of injuries sustained in a work-related elevator accident, he has physical functional limitations that hinder him from continuing his former occupation as a Construction Superintendent. The purpose of vocational rehabilitation is to provide training and other services when there is reasonable probability of the individual returning to gainful employment.  Usually this includes provision of educational training, on-the-job training, medical evaluation if indicated, job placement assistance, assistive technologies, and related services.

Mr. Gonzalez's diminished physical functional capacities and work history of light to medium physical labor indicate a need for job placement and training to maximize employability and earning capacity.  If his medical condition improved, he would be eligible for vocational rehabilitation services.

The vocational rehabilitation process has five phases in order of preference.  Vocational rehabilitation clients receive services for the phase best suited to their specific needs:

- *Phase One*:  The vocational rehabilitation counselor assists the worker to return to the same job with the pre-impairment employer.  Interventions at this phase may include programs of physical conditioning or work-hardening, graduated return to work, work evaluation, and refresher training or skill upgrading.

- *Phase Two*:  If it is determined the worker cannot return to the same job, the

vocational rehabilitation counselor encourages and works with the pre-impairment employer to make worksite accommodations and job modification, or to provide alternative in-service placement.

- *Phase Three*:  If the employer is unable or unwilling to accommodate the worker, the vocational rehabilitation counselor identifies suitable occupational options in the same or related industry.

- *Phase Four*:  If the worker is unable to return to alternative employment in the same or related industry, the vocational rehabilitation counselor explores opportunities in all industries, with emphasis placed on the worker's transferable skills, aptitudes, and interests.

- *Phase Five*:  If existing skills are insufficient to return the worker to suitable employment, the vocational rehabilitation counselor uses training programs to enable the worker to acquire new occupational skills.  In addition, the vocational rehabilitation counselor assists the worker to secure employment once the training is complete.

In Mr. Gonzalez's case, it is my opinion that he would be suitable for Phase Four rehabilitation services (based on the transferable skills analysis) to Phase Five rehabilitation services (based on the vocational testing results and his past educational attainment).

Vocational rehabilitation services are available through the Middlesex County office of the New Jersey State Division of Vocational Rehabilitation (DVR).  There is no cost for meeting with a DVR counselor or for anything that is needed to determine if DVR can help an individual (this would include medical examination, vocational testing, and other assessments).  There is also no cost for job placement services.  Other services may be based upon a person's income and/or family resources.

## Assistive Technology

Individuals with disabilities can benefit from the application of technology to overcome the barriers that interfere with their functioning in a work environment.  According to PL 100-407,[10] assistive technology has been defined as follows:

Any item, piece of equipment or product system whether acquired commercially off the shelf, modified, or customized that is used to increase or improve functional capacities of individuals with disabilities.

Mr. Gonzalez reported that he was experiencing functional limitations in the areas of lifting, sitting, climbing, stooping, driving, reaching, standing, walking, bending, kneeling, and sleeping.  The following items of assistive technology (AT) would likely be of benefit

---

[10] United States Congress: PL 100-407, **The Technology Related Assistance for Individuals with Disabilities Act of 1988**.

Gonzalez, Joseph                                                                                    25

to his daily functioning:

| Functional Limitation | AT Currently Used | AT Options |
|---|---|---|
| Bending/Kneeling/Stooping | None | Reacher/Grabber<br>Ergonomic Desk/Work Area |
| Reaching | None | Reacher/Grabber<br>Ergonomic Desk/Work Area |
| Sitting | None | Back Support Pillow<br>Ergonomic Chair |
| Ambulation | None | Canes/Walkers<br>Electric Scooters<br>Wheelchairs |
| Climbing/Physical Access | None | Chair Lifts<br>Elevator<br>Ramp |
| Driving/Use of Foot Controls | None | Hand Controls<br>Driving Aids<br>Switches |
| Standing | None | Sit/Stand Stool<br>Adjustable Table |
| Sleeping | None | Motorized Bed Frame<br>Adjustable Mattress |

<u>Bending/Kneeling/Stooping</u>:  Mr. Gonzalez reported that he has difficulty and pain from bending, kneeling, and stooping.  There are hand-operated reachers that extend a person's range for reaching and retrieving objects, and that reduce the need to bend, kneel, or stoop.  In addition, specially-designed desks and work areas place materials and tools within easy reach for use by a person with limited range of motion.

<u>Reaching:</u>  Mr. Gonzalez stated that he has difficulty reaching overhead bilaterally.  Again, there are hand-operated reachers that extend a person's range for reaching and retrieving objects.  In addition, specially-designed desks and work areas place materials and tools within easy reach for a person with limited range of motion.

<u>Sitting:</u>  Mr. Gonzalez indicated that sitting for extended periods is difficult, and he is usually able to sit for about 10 minutes at a time.  Back support pillows and specially-designed ergonomic chairs with multiple adjustments for height, firmness, and tilt angle can alleviate discomfort and extend sitting time.

<u>Ambulation:</u>  Mr. Gonzalez currently does not use any devices to assist him in walking.  If his ability to ambulate is further impaired, there are a variety of canes, walkers, electric scooters, and wheelchairs that individuals with mobility impairments use to ambulate.  In a home or public setting, these could be used to get to a location and move about during the course of activities.

Gonzalez, Joseph                                                                          26

Climbing/Physical Access:  Mr. Gonzalez can use handrails to assist him in climbing steps.  Other options are a ramp, chair lift, or elevator that could carry him from one level to another.

Driving/Use of Foot Controls:  Mr. Gonzalez noted that he becomes uncomfortable when driving due to range of motion issues in his neck.  There are alternative hand controls for motor vehicles that can circumvent the need to operate foot pedals.  Driving aids such as blind-spot mirrors and rear-view cameras are also available, which can reduce the need to adjust physically in order to achieve better viewing angles while operating vehicles.

Standing:  Mr. Gonzalez does not use any assistive devices to help him when standing. He may benefit from sit/stand tools and adjustable tables that would allow him to change positions from sitting to standing as needed.

Sleeping:  Mr. Gonzalez stated that his sleep cycle has been disrupted, waking up 2 to 3 times per night on average.  Motorized bed frames are available to enable postural changes when going to sleep.  Adjustable mattresses are also available to help in obtaining a comfortable sleep position.  These devices would not be applicable to job sites, but could decrease fatigue or sleep deprivation to improve an individual's vocational functioning.

Assistive technologies could reasonably be expected to improve Mr. Gonzalez's daily functioning.

***Conclusion(s) from Vocational Rehabilitation:***

Mr. Gonzalez has diminished physical functional capacities, and considering his specialized work history (wherein he was ascending to higher levels of responsibility and earning capacity and was developing his career) and his significantly reduced transferable job skills, he will require job retraining or vocational rehabilitation services to assist him in reestablishing employability and earning capacity in a suitable alternative area, if his medical condition improves.  Services could include job placement, vocational counseling, job accommodations, assistive technologies, and job hardening.

## ANALYSIS OF EARNINGS/EARNINGS CAPACITY

The power to earn money is a function of the capacity to perform work.  The capacity to perform work is predicated upon individual mental and physical abilities that are measurable and quantifiable.  This analysis was done in accordance with the worker trait-factor system developed by the U.S. Department of Labor, which provides the means for such measurement.

Mr. Gonzalez was earning Construction Superintendent union wage rates, which amounted to $71,000 per year, plus fringe benefits, at the time of his injury.  His U.S.

Individual Income Tax Returns and W-2 Wage and Tax Statements for 2015 to 2018 show the following demonstrated wage earnings:

| Year | Wages |
|------|-------|
| 2015 | $71,373 (derived from W-2s) |
| 2016 | $43,733 |
| 2017 | $40,212 |
| 2018 | $47,285 (year of injury) |

These wages are representative of his pre-injury earning capacity.  Mr. Gonzalez has not returned to work since June 28, 2018.  His loss of earnings during this period was total.

According to the Economic Research Institute, individuals employed as a Construction Superintendent in the New York, New York, labor markets earned the following average annual salaries based on years of experience:[11]

| Construction Superintendent | 25th %ile | Survey Mean | 75th %ile |
|-----------------------------|-----------|-------------|-----------|
| 18 Years | $151,858 | $168,704 | $201,584 |
| 9 Years | $125,485 | $139,928 | $168,500 |
| 1 Year | $98,313 | $110,105 | $133,427 |

According to the New York Department of Labor, Occupational Wages from the Occupational Employment Statistics (OES) Wage Survey New York City area, the following job title generated the following wages:[12]

| Job Title | Entry | Mean | Experienced |
|-----------|-------|------|-------------|
| Supervisors of Construction and Extraction Workers | $61,730 | $99,370 | $118,190 |

For the job titles identified with the MTSP, average entry level wages in Middlesex County, New Jersey, were $15.59 per hour, or approximately $32,427 per year.

Mr. Gonzalez's loss of earning capacity is directly related to the severity of his disability. According to the Bureau of Labor Statistics, U.S. Department of Labor, the following labor force characteristics for Persons with a Disability are noted:

> In 2014, 17.1 percent of persons with a disability were employed, the U.S. Bureau of Labor Statistics reported today.  In contrast the employment-population ratio for those without a disability was 64.6 percent.  The ratio for persons with a disability declined by 0.5 percentage point from 2013 to 2014, while the ratio for those with no disability increased by 0.6 percentage point.  The unemployment rate of persons with a disability edged down to 12.5 percent from 2013 to 2014, while the rate for those without a disability declined to 5.9.

---

[11] **Economic Research Institute**, Salary Assessor Licensed Professional Version, July 2019, www.erieri.com.
[12] https://labor.ny.gov/stats/lswage2.asp

**Kincaid Wolstein Vocational and Rehabilitation Services**
One University Plaza, Suite 302, Hackensack, New Jersey 07601
www.KWVRS.com ■ Tel: (201) 343-0700 ■ Fax: (201) 343-0757

The data on persons with a disability are collected as part of the Current Population Survey (CPS), a monthly sample survey of about 60,000 households that provides statistics on employment and unemployment in the United States. The collection of data on persons with a disability is sponsored by the Department of Labor's Office of Disability Employment Policy.

- For all age groups, the employment-population ratio was much lower for persons with a disability than for those with no disability.
- Unemployment rates were higher for persons with a disability than for those with no disability among all educational attainment groups.
- In 2014, 33 percent of workers with a disability were employed part time, compared with 18 percent for those with no disability.
- Employed persons with a disability were more likely to be self-employed than those with no disability.[13]

Accordingly, Mr. Gonzalez's lifetime earnings would likely be reduced further by periods of unemployment, depending on the severity of his disability as he ages.

If Mr. Gonzalez's medical condition improved, he would be a candidate for vocational rehabilitation services. Competitiveness increases with the attainment of vocational training. Even with completion of vocational training, Mr. Gonzalez's expected entry point annual earnings would likely be lower than his demonstrated wages as a Construction Superintendent.

The above wage-earnings do not include computation of such variables as wage growth over time, lost promotional opportunities and advancement, the value of fringe benefits, income taxes, present value computation, and other economic factors. The figures do represent an estimate of the diminution of annual gross wage-earning power as a consequence of diminished functional work capacity for Mr. Gonzalez. His future occupational base has also been significantly reduced as a consequence of his disability and resultant functional impairments.

### *Conclusion(s) from Analysis of Earnings/Earning Capacity*:

1) Prior to injury, Mr. Gonzalez demonstrated the ability to work as a Construction Superintendent in his local labor market. His income tax returns show wages of up to $71,373.

2) Mr. Gonzalez's wage-earning power is currently eliminated. If his medical condition improves, he will require job retraining or vocational rehabilitation services to assist him with workforce reentry. For the occupations identified by the MTSP, entry-level wages are $32,427 per year.

---

[13] U.S. Department of Labor, Bureau of Labor Statistics, **Current Population Survey** USDL-15-1162, Persons with a Disability: Labor Force Characteristics. Released Tuesday, June 16, 2015.

3) As a result of the injuries incurred on June 28, 2018, Mr. Gonzalez has experienced lost earnings to the present.  He will continue to experience lost earnings that comprise his former wage rate, plus benefits, from the date of his injury to the date of reemployment, if his medical condition improves.

4) If his medical condition improves and he is successfully rehabilitated and placed in an alternative job setting, Mr. Gonzalez will experience loss of earnings based on the differential between his former rate of earnings as a Construction Superintendent and a significantly lower future earnings rate.  He will be limited to entry-level positions.

## SUMMARY

In summary, based on the results of the vocational evaluation of Mr. Gonzalez, and considering his age, education, past work experience, and the opinions expressed in the medical records, the following are my opinions within a reasonable degree of vocational certainty regarding Mr. Gonzalez's employability and earning capacity.

1. Mr. Gonzalez demonstrated the ability to perform work successfully as a Construction Superintendent and Carpenter within the past 15 years.  He showed the ability to perform duties, develop skills, and acquire the knowledge and training necessary to obtain and maintain employment in these job positions.

2. Based on the medical records, Mr. Gonzalez has significant physical functional impairments that impact his employability and functional abilities to perform work. On November 29, 2018, Dr. Douglas Schwartz composed a follow-up note that stated that Mr. Gonzalez is totally disabled from any and all work.  On January 17, 2019, Dr. Andrew Cordiale composed an orthopedic evaluation report that stated, "The patient is to refrain from any activity that exacerbates symptoms such as heavy lifting, carrying, or bending…"  On April 3, 2019, Dr. Arien Smith rendered a follow-up note that stated that Mr. Gonzalez has a 100% impairment for the neck and back.  He was assessed at the sedentary level, which may require medical improvement.

3. Mr. Gonzalez's scores on the vocational test battery fell in the Low Average to High Average ranges.  His weakest subject was Spelling, falling in the 14th percentile, and his highest score was on the Wonderlic Personnel Test, which fell in the 66th percentile.  Based on these scores, Mr. Gonzalez would be suitable for job retraining, and formalized education would not be out of the realm of possibility.

4. The results of the transferable skills analysis indicate that, based solely on the trait-factor system, Mr. Gonzalez's sedentary post-injury profile matched 61 occupations, a diminution of 86% compared to the 438 occupational titles contained in his pre-injury profile.

Gonzalez, Joseph                                                                                    30

5.  Considering the physical functional capacities and limitations derived from the medical records reviewed for this evaluation, as well as the absence of transferable skills yielded by the transferable skills analysis, it is within a reasonable degree of vocational certainty that Mr. Gonzalez is unemployable in his customary occupation as a Construction Superintendent.  If his medical condition improves, he will require job retraining or vocational rehabilitation services to assist him in reestablishing employability and earning capacity in a sedentary occupation.

6.  Mr. Gonzalez has diminished physical functional capacities, and considering his specialized work history (wherein he was ascending to higher levels of responsibility and earning capacity and was developing his career) and his significantly reduced transferable job skills, he will require job retraining or vocational rehabilitation services to assist him in reestablishing employability and earning capacity in a suitable alternative area, if his medical condition improves.  Services could include job placement, vocational counseling, job accommodations, assistive technologies, and job hardening.

7.  Prior to injury, Mr. Gonzalez demonstrated the ability to work as a Construction Superintendent in his local labor market.  His income tax returns show wages of up to $71,373.

8.  Mr. Gonzalez's wage-earning power is currently eliminated.  If his medical condition improves, he will require job retraining or vocational rehabilitation services to assist him with workforce reentry.  For the occupations identified by the MTSP, entry-level wages are $32,427 per year.

9.  As a result of the injuries incurred on June 28, 2018, Mr. Gonzalez has experienced lost earnings to the present.  He will continue to experience lost earnings that comprise his former wage rate, plus benefits, from the date of his injury to the date of reemployment, if his medical condition improves.

10. If his medical condition improves and he is successfully rehabilitated and placed in an alternative job setting, Mr. Gonzalez will experience loss of earnings based on the differential between his former rate of earnings as a Construction Superintendent and a significantly lower future earnings rate.  He will be limited to entry-level positions.

If additional information is made available, I reserve the right to amend my conclusions as needed.

Respectfully submitted:

**Kincaid Wolstein Vocational and Rehabilitation Services**
One University Plaza, Suite 302, Hackensack, New Jersey 07601
www.KWVRS.com ■ Tel: (201) 343-0700 ■ Fax: (201) 343-0757

Gonzalez, Joseph                                                                                      31

Daniel Wolstein, Ph.D., CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC
Certified Rehabilitation Counselor
Professional Vocational Evaluator
Certified Life Care Planner
Certified Rehabilitation Vocationologist
International Psychometric Evaluation Certification
Fellow, American Board of Vocational Experts
Licensed Rehabilitation Counselor

Gonzalez, Joseph                                                          32

## RESOURCES AND REFERENCES

1) **Dictionary of Occupational Titles** Revised 4th edition, 1992, U.S. Department of Labor Employment and Training Administration, Government Printing Office, Washington, D.C.

2) **The Revised Handbook for Analyzing Jobs**, 1991, U.S. Department of Labor, Employment and Training Administration, Government Printing Office, Washington, D.C.

3) **Foundations of Forensic Vocational Rehabilitation,** Robinson, R.H., 2014. Springer Publishing Company. New York, New York.

4) **Occupational Outlook Handbook**, 2014 Edition, U.S. Department of Labor Statistics.  Http://www.bls.gov/ooh/

5) **O*Net OnLine (Occupational Information Network),** 2015. https://www.onetonline.org/

6) **Job Browser Pro (Version 1.67).** 2015. Skilltran. Spokane, Washington.

7) **Assessment of Earning Capacity, 3rd Edition,** Shahnasarian, M. 2011. Lawyers and Judges Publishing Company, Inc. Tucson, Arizona.

8) **Manual for the McCroskey Transferable Skills Program**, Version 2015, McCroskey, B.J. Brooklyn Park, MN.

9) **A Guide to Rehabilitation**, Deutsch, P. and Sawyer, H., 2005, Matthew Bender and Company, Albany, NY.

10) **Vocational Assessment:  Evaluating Employment Potential**, Havranek, J., Grimes, J., Field, T. and Sink, J., 2005, Elliott & Fitzpatrick, Inc., Athens, GA.

11) **Rehabilitation Consultant's Handbook**, Field, T. and Weed, R., 2003, Elliott & Fitzpatrick, Inc., Athens, GA.

12) **Strategies for the Rehabilitation Consultant**, Field, T., 1999, Elliott & Fitzpatrick, Inc., Athens, GA.

13) **Assistive Technologies: Principle and Practice, Third Edition**, Cook, A. and Polgar, J., 2008, Mosby Elsevier, St. Louis, Missouri.

**ADDENDUM A**

**MCCROSKEY TRANSFERABLE SKILLS ANALYSIS**

**RESULTS**

**JOSEPH GONZALEZ**

## MTSP - Report 1
### Client Identification, Labor Market Area, VIPR Type and Reason for Referral
Saturday, November 9, 2019

**Client Name:** Gonzalez, Joseph
**Address1:** 6 Wilbur Terrace
**Address2:**
**City/State/Zip:** Sayreville          NJ     08872

**Labor Market Area**

| | |
|---|---|
| Job Bank Name: Middlesex | Year Link: 2019 |
| StateParishProvince: New Jersey | Inflation Link: 1.339362187 |
| Country Name: USA | ECLR Link: 1.3375 |

**VIPRType:** 9999    Average Worker

**Referral:**

Vocational Evaluation and Earning Capacity Analysis

## MTSP - Report 3
### Client Worker Trait Profiles

Client: Gonzalez, Joseph

Saturday, November 9, 2019

| Worker Trait Profiles | VQ | GED | | | Aptitudes | | | | | | | | Physical Demands | | | | | | Environmental Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R | M | L | S | P | Q | K | F | M | E | C | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| **Profile 1:** Work History Profile | 135.14 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 3 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 |
| **Profile 2:** Evaluative Profile | 131.44 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 |
| **Profile 3:** Pre Profile | 135.14 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 3 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 |
| **Profile 4:** Post Profile | 131.44 | 5 | 5 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 |

**Profile 1:** Highest Levels of Worker Trait Functioning demonstrated across Past Relevant Work History over the past 15 years.

**Profile 2:** The Evaluative Data Profile of Current Vocational Functioning derived from demonstrated and retained Work History functioning, confirmed by review of available relevant Medical, Psychological, Social, Educational and Vocational Information and extended through available relevant Vocational Tests, Measures, Ratings and Functional Capacities Assessment data.

**Profile 3:** Highest Levels of Worker Trait Functioning across demonstrated Work History (Profile 1) and Evaluative Data (Profile 2).

**Profile 4:** The Final Adjusted Residual Employability and Earnings Capacity Profile of Vocational Functioning for Job-Person Matching.

**Notes:** Worker Trait Profile Levels of "4" on GED and Aptitude Traits reflect Middle-Average (50th %ile) Vocational Functioning. The Middle-Average Vocational Quotient (VQ) for Jobs is 100 and for People is 140. Both have a Standard Deviation of 15. Perfect Job-Person Profile Matches are rare. Reasonable Job Matches are typically 22.5 VQ Points below the Person's VQ. *Theoretical Underpinnings of the McCroskey Vocational Quotient System (MVQS) include: Parson's (1909) Informal 3-Part Theory. The Formal Minnesota Theory of Work Adjustment (Dawis, Lofquist & Weiss, 1968). The Vocational Diagnosis and Assessment of of Residual Employability (VDARE, McCroskey, Wattenbarger, Field and Sink, 1977), and the Scientific Research on Job-Person Matching and Earning Capacity Prediction Studies contained in national peer-reviewed Journals including: Vols. 1 - 7 of the Journal of Forensic Vocationology (1995-2014), The Earnings Analyst (TEA) Journals of the American Rehabilitation Economics Association (Vols 1 - 4, 1998 - 2001) and The American Board of Vocational Expert (ABVE) Journals of Forensic Vocational Assessment (Vols 1 - 4, 1996 - 2001). High to Very High Transferable Skills Analysis Validity has been demonstrated.*

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

## MTSP - Report 4
### Pre - Post Comparisons and Residual Employability

Gonzalez, Joseph                                                                 Saturday, November 9, 2019

## SECTION 5, PART 1:   ACCESS TO THE LABOR MARKET

**Jobs Searched:** | 1250 | In this Job Bank

### Job Matches in each of the 10 DOT Job Categories*

|  | Prof | TechMgr | ClerSales | Services | Agri | Process | MachTr | Bench | Struct | Misc | - Total - | Access** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JobCats*: | - 0 - | - 1 - | - 2 - | - 3 - | - 4 - | - 5 - | - 6 - | - 7 - | - 8 - | - 9 - | - Total - | Access** |
| Pre: | 8 | 52 | 136 | 80 | 1 | 23 | 44 | 47 | 22 | 25 | 438 | 35 |
| Post: | 0 | 22 | 34 | 2 | 0 | 0 | 0 | 1 | 0 | 2 | 61 | 5 |
| Residual: | 0% | 42% | 25% | 3% | 0% | 0% | 0% | 2% | 0% | 8% | 14% | 14% |

*\*\* Mean=85, Std Dev=8. Access to SpecificJobs and Earnings depend on Qualifications, Skills, Abilities, General and Specific Educational Development, Aptitudes, Training, Experience, Supply-Demand Factors in Relevant Labor Markets.*

## SECTION 5, PART 2:   EARNING CAPACITY AND TRAINING POTENTIAL

### Overall Earning Capacity: Mean Present Value Earning Capacity Estimates - Pre/Post Summary

### Note: See Table 4a for EC Rxy, SEe and Confidence Intervals.

|  | Max VQ | Avg VQ | Mean | 10th%ile | 25th%ile | 50th%ile | 75th%ile | 90th%ile | Training Potential** |
|---|---|---|---|---|---|---|---|---|---|
| Pre: | 125.23 | 101.19 | $27.56 | $15.61 | $19.60 | $25.57 | $33.57 | $43.41 | 81 |
| Post: | 118.45 | 102.16 | $27.59 | $15.59 | $19.60 | $25.59 | $33.62 | $43.48 | 76 |
| Residual: | 95% | 101% | 100% | 100% | 100% | 100% | 100% | 100% | 95% |

*\*\* Mean=85, Std Dev=8. Access to Specific Training Programs depend on Qualifications, General and Specific Educational Development, Aptitudes, Motivation, Supply and Demand Factors in Relevant Training Markets and Funding Availability.*

## SECTION 5, PART 3:   TRANSFERABLE SKILLS (TS) AVAILABILITY and UTILIZATION

|  | No TSkills Available | Few, if any TSkills Available | Low TSkills Available | Moderate TSkills Available | High TSkills Available | Utilization** |
|---|---|---|---|---|---|---|
| TS Levels*: | 0 - 19% | 20 - 39% | 40 - 59% | 60 - 79% | 80 - 97% | Utilization** |
| Pre: | 15 | 381 | 31 | 9 | 2 | 43 |
| Post: | 0 | 47 | 11 | 3 | 0 | 6 |
| Residual: | 0% | 12% | 35% | 33% | 0% | 14% |

*\*\* Mean=85, Std Dev=8. Access to TS Jobs depends on Level of Qualifications, Skills, Training, Experience, Availability of Skills Updating/Enhancement Training to Bridge Employment Barriers, a Positive Attitude  and a Motivated, Optimistic, Enthusiastic, Persistent and, above all, a Realistic Job Search.*

*\* See MVQS2003 Reports: Selected Symbols, Codes and Scales. (MVQS 2003 Resources, p. 42).*

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

## MTSP - Report 5

### Client Work History Job Demands/Worker Trait Requirements

Gonzalez, Joseph                    Report 5:  Work History Job Demands/Worker Trait Requirements                    Saturday, November 9, 2019

| Dot Code | Job Title | VQ | VIPR | SVP | Skill Level | GED | | | Aptitudes | | | | | | | | Physical Demands | | | | | | Environmental Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | R | M | L | S | P | Q | K | F | M | E | C | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 182.167-026 | Superintendent, Construction | 125.2 | ESTJ | 7 | Skilled | 5 | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 860.381-022 | Carpenter | 113.8 | ESTP | 7 | Skilled | 4 | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 2 | 2 | 2 | 3 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |

## MTSP - Report 7
### Work History by VQ - Present Value Earning Capacity

Gonzalez, Joseph                    **Report 7:  Work History by VQ - Present Value Earning Capacity**                    Saturday, November 9, 2019

**Note: See JOFV Table 4a, for EC Rxy, SEe and Confidence Intervals.**

| Dot Code | Job Title | VQ | SVP | Skill Level | VA | VIPR | Mean | 10th%ile | 25th%ile | 50th%ile | 75th%ile | 90th%ile |
|----------|-----------|-----|-----|-------------|-----|------|------|----------|----------|----------|----------|----------|
| 182.167-026 | Superintendent, Construction | 125.23 | 7 | Skilled | 98% | ESTJ | $42.44 | $23.75 | $30.50 | $40.10 | $52.11 | $66.58 |
| 860.381-022 | Carpenter | 113.77 | 7 | Skilled | 87% | ESTP | $36.27 | $19.42 | $25.33 | $33.90 | $44.88 | $58.44 |

## MTSP - Report 8
### Job Matches by Transferable Skills (TS) - Job Demands

Gonzalez, Joseph                     **Job Profile Report 8:  Job Matches by Transferable Skills (TS)  - Job Demands**                     Saturday, November 9, 2019

| Dot Code | Job Title | TS | VQ | VIPR | VA | SVP | Skill Level | GED R | GED M | GED L | Apt S | P | Q | K | F | M | E | C | PD1 | PD2 | PD3 | PD4 | PD5 | PD6 | EC1 | EC2 | EC3 | EC4 | EC5 | EC6 | EC7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183.117-010 | Manager, Branch | 66% | 111.05 | ESTJ | 93% | 8 | Skilled | 5 | 4 | 4 | | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 186.167-030 | Manager, Housing Project | 63% | 112.03 | ESTJ | 89% | 7 | Skilled | 5 | 4 | 4 | | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 186.167-042 | Manager, Market | 60% | 104.35 | ESTJ | 89% | 7 | Skilled | 4 | 3 | 3 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 189.167-022 | Manager, Department | 46% | 115.28 | ENTJ | 83% | 7 | Skilled | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 184.117-034 | Manager, Automotive Services | 46% | 115.08 | ESFJ | 92% | 8 | Skilled | 5 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 184.167-094 | Manager, Traffic | 43% | 113.81 | ESFJ | 92% | 8 | Skilled | 5 | 4 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 186.117-066 | Risk and Insurance Manager | 43% | 112.03 | ENTJ | 89% | 8 | Skilled | 5 | 4 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188.167-058 | Manager, Office | 43% | 110.75 | ESTJ | 92% | 8 | Skilled | 4 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 185.167-018 | Manager, Distribution Warehouse | 43% | 109.81 | ESTJ | 93% | 6 | Skilled | 5 | 3 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 189.167-050 | Superintendent, Plant Protection | 43% | 109.09 | ESFJ | 89% | 8 | Skilled | 4 | 4 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 187.167-186 | Residence Supervisor | 43% | 104.31 | ENTJ | 82% | 6 | Skilled | 4 | 4 | 2 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 185.167-070 | Wholesaler I | 40% | 114.07 | ESTJ | 87% | 8 | Skilled | 5 | 5 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 186.267-018 | Loan Officer | 40% | 112.03 | ESTJ | 81% | 7 | Skilled | 5 | 4 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 189.167-034 | Security Officer | 40% | 102.56 | ESTP | 89% | 7 | Skilled | 4 | 3 | 4 | 2 | 2 | 2 | 2 | 1 | 1 | | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 169.167-062 | Coordinator, Skill-Training Program | 26% | 118.45 | ENTJ | 89% | 6 | Skilled | 5 | 4 | 4 | 3 | 2 | 3 | 2 | 3 | 2 | 2 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 163.167-014 | Manager, Circulation | 23% | 113.06 | ENTJ | 83% | 7 | Skilled | 5 | 4 | 4 | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 168.167-066 | Quality-Control Coordinator | 23% | 110.40 | ISTJ | 90% | 6 | Skilled | 4 | 4 | 4 | 3 | 2 | 3 | 2 | 2 | 1 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 169.167-034 | Manager, Office | 23% | 106.15 | ESFJ | 87% | 7 | Skilled | 4 | 3 | 4 | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 168.267-014 | Claim Examiner | 20% | 109.81 | ESTJ | 81% | 7 | Skilled | 5 | 4 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 238.367-018 | Reservations Agent | 20% | 108.50 | ESFP | 82% | 4 | Semi-Skilled | 4 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 169.267-010 | Claims Adjudicator | 20% | 108.00 | INFP | 87% | 7 | Skilled | 5 | 4 | 4 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 214.362-026 | Invoice-Control Clerk | 20% | 106.51 | ISTJ | 81% | 4 | Semi-Skilled | 4 | 3 | 3 | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

Gonzalez, Joseph

Saturday, November 9, 2019

| Dot Code | Job Title | TS | VQ | VIPR | VA | SVP | Skill Level | GED | | | Aptitudes | | | | | | | | Physical Demands | | | | | | Environmental Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | R | M | L | S | P | Q | K | F | M | E | C | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 221.167-018 | Production Coordinator | 20% | 106.10 | ISFP | 85% | 6 | Skilled | 4 | 3 | 4 | 2 | 3 | 3 | 2 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 193.262-014 | Dispatcher | 20% | 105.86 | ENTJ | 85% | 6 | Skilled | 4 | 3 | 4 | 2 | 3 | 2 | 2 | 3 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 235.662-014 | Communication-Center Operator | 20% | 105.42 | ISFP | 73% | 5 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 1 | 2 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 259.157-014 | Sales Representative, Hotel Services | 20% | 105.32 | ESFP | 88% | 7 | Skilled | 4 | 3 | 4 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 214.362-022 | Insurance Clerk | 20% | 104.51 | ESFP | 81% | 5 | Semi-Skilled | 4 | 3 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 959.167-010 | Dispatcher, Service | 20% | 102.89 | ISTJ | 83% | 4 | Semi-Skilled | 4 | 3 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 235.662-018 | Directory-Assistance Operator | 20% | 102.77 | ISFP | 71% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 243.362-014 | Police Aide | 20% | 100.98 | ESFP | 80% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 214.467-010 | Foreign Clerk | 20% | 100.76 | ISTJ | 81% | 4 | Semi-Skilled | 4 | 4 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 241.357-010 | Collection Clerk | 20% | 100.49 | ENTJ | 82% | 5 | Semi-Skilled | 4 | 3 | 4 | 1 | 1 | 3 | 2 | 2 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 166.267-034 | Job Development Specialist | 20% | 99.95 | ENTJ | 88% | 5 | Semi-Skilled | 4 | 3 | 4 | 2 | 2 | 2 | 1 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 235.662-026 | Telephone-Answering-Service Operat | 20% | 99.20 | ISFP | 73% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 1 | 3 | 3 | 3 | 3 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 235.662-022 | Telephone Operator | 20% | 99.03 | ISFP | 73% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 205.367-042 | Registration Clerk | 20% | 98.88 | ISTJ | 76% | 3 | Semi-Skilled | 3 | 2 | 3 | 1 | 3 | 3 | 2 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 203.362-014 | Credit Reporting Clerk | 20% | 98.86 | ESFP | 83% | 4 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 205.362-018 | Hospital-Admitting Clerk | 20% | 98.86 | ESFP | 76% | 4 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 219.387-014 | Insurance Clerk | 20% | 98.55 | ESFP | 80% | 4 | Semi-Skilled | 4 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 219.482-010 | Brokerage Clerk I | 20% | 98.55 | ESFP | 81% | 5 | Semi-Skilled | 4 | 3 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 237.367-022 | Information Clerk | 20% | 98.47 | ESFP | 83% | 4 | Semi-Skilled | 4 | 3 | 3 | 2 | 3 | 2 | 1 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 913.367-010 | Taxicab Starter | 20% | 97.91 | ISTJ | 83% | 3 | Semi-Skilled | 3 | 2 | 2 | 2 | 3 | 2 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 299.357-014 | Telephone Solicitor | 20% | 97.79 | ENFP | 74% | 3 | Semi-Skilled | 3 | 3 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 379.362-010 | Dispatcher, Radio | 20% | 97.03 | ESFP | 76% | 2 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 237.367-042 | Referral-and-Information Aide | 20% | 95.58 | ESFP | 83% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 239.367-014 | Dispatcher, Maintenance Service | 20% | 95.58 | ESFP | 83% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 247.367-010 | Classified-Ad Clerk I | 20% | 95.58 | ENFJ | 81% | 5 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 205.367-018 | Claims Clerk II | 20% | 95.55 | ESTP | 76% | 4 | Semi-Skilled | 3 | 3 | 3 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

Gonzalez, Joseph

**Job Profile Report 8:  Job Matches by Transferable Skills (TS)  - Job Demands**

Saturday, November 9, 2019

| Dot Code | Job Title | TS | VQ | VIPR | VA | SVP | Skill Level | GED R | M | L | Apt S | P | Q | K | F | M | E | C | PD 1 | 2 | 3 | 4 | 5 | 6 | EC 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 237.367-038 | Receptionist | 20% | 95.38 | ESFP | 83% | 4 | Semi-Skilled | 3 | 2 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 249.167-014 | Dispatcher, Motor Vehicle | 20% | 95.38 | ENFJ | 83% | 5 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 704.682-010 | Engraver, Machine I | 20% | 94.84 | ISFP | 75% | 3 | Semi-Skilled | 3 | 2 | 2 | 2 | 3 | 2 | 3 | 3 | 3 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 209.362-010 | Circulation Clerk | 20% | 94.31 | ESFP | 80% | 3 | Semi-Skilled | 3 | 2 | 3 | 2 | 3 | 3 | 3 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 221.367-070 | Service Clerk | 20% | 94.15 | ISFP | 83% | 4 | Semi-Skilled | 3 | 2 | 2 | 2 | 3 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 214.587-014 | Traffic Clerk | 20% | 93.46 | ISFP | 76% | 4 | Semi-Skilled | 3 | 3 | 2 | 2 | 3 | 2 | 3 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 249.367-010 | Animal-Shelter Clerk | 20% | 93.13 | ESFP | 80% | 3 | Semi-Skilled | 3 | 2 | 3 | 1 | 2 | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 211.462-026 | Check Cashier | 20% | 91.82 | ESFP | 71% | 3 | Semi-Skilled | 3 | 3 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | | | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 237.367-010 | Appointment Clerk | 20% | 91.55 | ESFP | 83% | 3 | Semi-Skilled | 3 | 2 | 3 | 1 | 1 | 3 | 2 | 2 | 1 | 1 | | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 211.482-014 | Food Checker | 20% | 91.25 | ESFP | 71% | 3 | Semi-Skilled | 3 | 2 | 2 | 2 | 3 | 2 | 3 | 2 | 1 | 2 | | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 379.367-010 | Surveillance-System Monitor | 20% | 90.63 | ESFP | 82% | 2 | Unskilled | 3 | 1 | 3 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 209.687-010 | Checker II | 20% | 89.61 | ESFP | 79% | 4 | Semi-Skilled | 3 | 2 | 2 | 2 | 3 | 2 | 2 | 1 | 1 | | | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| 209.687-018 | Reviewer | 20% | 88.82 | ESFP | 81% | 4 | Semi-Skilled | 3 | 1 | 3 | 2 | 3 | 2 | 2 | 1 | 1 | | | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

## MTSP - Report 10
### Job Matches by Transferable Skills (TS) - Present Value Earning Capacity

Gonzalez, Joseph  ·  **Report 10: Job Matches by Transferable Skills-Present Value Earning Capacity**  ·  Saturday, November 9, 2019

**Note: See JOFV Table 4a, for EC Rxy, SEe and Confidence Intervals.**

| Dot Code | Job Title | TS | VQ | SVP | VA | VIPR | Mean | 10th%ile | 25th%ile | 50th%ile | 75th%ile | 90th%ile |
|----------|-----------|-----|-----|-----|-----|------|------|----------|----------|----------|----------|----------|
| 183.117-010 | Manager, Branch | 66% | 111.05 | 8 | 93% | ESTJ | $34.81 | $18.39 | $24.10 | $32.42 | $43.16 | $56.51 |
| 186.167-030 | Manager, Housing Project | 63% | 112.03 | 7 | 89% | ESTJ | $35.33 | $18.75 | $24.54 | $32.95 | $43.77 | $57.20 |
| 186.167-042 | Manager, Market | 60% | 104.35 | 7 | 89% | ESTJ | $27.99 | $15.88 | $19.92 | $25.92 | $33.99 | $43.99 |
| 189.167-022 | Manager, Department | 46% | 115.28 | 7 | 83% | ENTJ | $37.08 | $19.98 | $26.00 | $34.71 | $45.82 | $59.51 |
| 184.117-034 | Manager, Automotive Services | 46% | 115.08 | 8 | 92% | ESFJ | $36.97 | $19.91 | $25.91 | $34.60 | $45.70 | $59.37 |
| 184.167-094 | Manager, Traffic | 43% | 113.81 | 8 | 92% | ESFJ | $36.29 | $19.43 | $25.34 | $33.92 | $44.90 | $58.47 |
| 186.117-066 | Risk and Insurance Manager | 43% | 112.03 | 8 | 89% | ENTJ | $35.33 | $18.75 | $24.54 | $32.95 | $43.77 | $57.20 |
| 188.167-058 | Manager, Office | 43% | 110.75 | 8 | 92% | ESTJ | $34.65 | $18.27 | $23.96 | $32.26 | $42.97 | $56.30 |
| 185.167-018 | Manager, Distribution Warehouse | 43% | 109.81 | 6 | 93% | ESTJ | $34.14 | $17.92 | $23.54 | $31.76 | $42.38 | $55.63 |
| 189.167-050 | Superintendent, Plant Protection | 43% | 109.09 | 8 | 89% | ESFJ | $33.75 | $17.64 | $23.21 | $31.36 | $41.92 | $55.12 |
| 187.167-186 | Residence Supervisor | 43% | 104.31 | 6 | 82% | ENTJ | $27.95 | $15.87 | $19.89 | $25.88 | $33.94 | $43.92 |
| 185.167-070 | Wholesaler I | 40% | 114.07 | 8 | 87% | ESTJ | $36.43 | $19.53 | $25.46 | $34.06 | $45.06 | $58.65 |
| 186.267-018 | Loan Officer | 40% | 112.03 | 7 | 81% | ESTJ | $35.33 | $18.75 | $24.54 | $32.95 | $43.77 | $57.20 |
| 189.167-034 | Security Officer | 40% | 102.56 | 7 | 89% | ESTP | $26.17 | $15.09 | $18.73 | $24.21 | $31.66 | $40.81 |
| 169.167-062 | Coordinator, Skill-Training Program | 26% | 118.45 | 6 | 89% | ENTJ | $38.79 | $21.19 | $27.44 | $36.43 | $47.83 | $61.76 |
| 163.167-014 | Manager, Circulation | 23% | 113.06 | 8 | 87% | ENTJ | $35.89 | $19.15 | $25.00 | $33.52 | $44.43 | $57.94 |
| 168.167-066 | Quality-Control Coordinator | 23% | 110.40 | 6 | 90% | ISTJ | $34.46 | $18.14 | $23.80 | $32.07 | $42.75 | $56.05 |
| 169.167-034 | Manager, Office | 23% | 106.15 | 7 | 87% | ESFJ | $29.80 | $16.68 | $21.10 | $27.62 | $36.31 | $47.15 |
| 168.267-014 | Claim Examiner | 20% | 109.81 | 7 | 81% | ESTJ | $34.14 | $17.92 | $23.54 | $31.76 | $42.38 | $55.63 |
| 238.367-018 | Reservations Agent | 20% | 108.50 | 4 | 82% | ESFP | $32.17 | $17.72 | $22.65 | $29.86 | $39.35 | $51.31 |
| 169.267-010 | Claims Adjudicator | 20% | 108.00 | 7 | 87% | INFP | $31.67 | $17.50 | $22.32 | $29.39 | $38.71 | $50.43 |
| 214.362-026 | Invoice-Control Clerk | 20% | 106.51 | 4 | 81% | ISTJ | $30.16 | $16.84 | $21.34 | $27.96 | $36.77 | $47.79 |
| 221.167-018 | Production Coordinator | 20% | 106.10 | 6 | 85% | ISFP | $29.75 | $16.66 | $21.07 | $27.57 | $36.24 | $47.07 |
| 193.262-014 | Dispatcher | 20% | 105.86 | 6 | 85% | ENTJ | $29.51 | $16.55 | $20.91 | $27.35 | $35.94 | $46.66 |
| 235.662-014 | Communication-Center Operator | 20% | 105.42 | 5 | 73% | ISFP | $29.06 | $16.36 | $20.62 | $26.93 | $35.36 | $45.86 |
| 259.157-014 | Sales Representative, Hotel Services | 20% | 105.32 | 7 | 88% | ESFP | $28.97 | $16.31 | $20.56 | $26.84 | $35.24 | $45.70 |

Gonzalez, Joseph

**Report 10:  Job Matches by Transferable Skills-Present Value Earning Capacity**

Saturday, November 9, 2019

Note: See JOFV Table 4a, for EC Rxy, SEe and Confidence Intervals.

| Dot Code | Job Title | TS | VQ | SVP | VA | VIPR | Mean | 10th%ile | 25th%ile | 50th%ile | 75th%ile | 90th%ile |
|----------|-----------|----|----|----|----|------|------|----------|----------|----------|----------|----------|
| 214.362-022 | Insurance Clerk | 20% | 104.51 | 5 | 81% | ESFP | $28.15 | $15.95 | $20.02 | $26.07 | $34.20 | $44.27 |
| 959.167-010 | Dispatcher, Service | 20% | 102.89 | 4 | 83% | ISTJ | $26.51 | $15.23 | $18.95 | $24.52 | $32.09 | $41.40 |
| 235.662-018 | Directory-Assistance Operator | 20% | 102.77 | 3 | 71% | ISFP | $26.39 | $15.18 | $18.87 | $24.41 | $31.94 | $41.19 |
| 243.362-014 | Police Aide | 20% | 100.98 | 3 | 80% | ESFP | $24.58 | $14.39 | $17.70 | $22.71 | $29.63 | $38.03 |
| 214.467-010 | Foreign Clerk | 20% | 100.76 | 5 | 81% | ISTJ | $24.36 | $14.29 | $17.55 | $22.50 | $29.34 | $37.64 |
| 241.357-010 | Collection Clerk | 20% | 100.49 | 5 | 82% | ENTJ | $24.08 | $14.17 | $17.37 | $22.24 | $28.99 | $37.16 |
| 166.267-034 | Job Development Specialist | 20% | 99.95 | 5 | 88% | ENTJ | $23.80 | $13.92 | $17.14 | $22.03 | $28.80 | $36.88 |
| 235.662-026 | Telephone-Answering-Service Operator | 20% | 99.20 | 3 | 73% | ISFP | $23.70 | $13.88 | $17.07 | $21.92 | $28.66 | $36.71 |
| 235.662-022 | Telephone Operator | 20% | 99.03 | 3 | 73% | ISFP | $23.67 | $13.87 | $17.05 | $21.90 | $28.62 | $36.67 |
| 205.367-042 | Registration Clerk | 20% | 98.88 | 3 | 76% | ISTJ | $23.65 | $13.86 | $17.04 | $21.88 | $28.60 | $36.63 |
| 203.362-014 | Credit Reporting Clerk | 20% | 98.86 | 4 | 83% | ESFP | $23.65 | $13.86 | $17.04 | $21.88 | $28.59 | $36.63 |
| 205.362-018 | Hospital-Admitting Clerk | 20% | 98.86 | 4 | 76% | ESFP | $23.65 | $13.86 | $17.04 | $21.88 | $28.59 | $36.63 |
| 219.387-014 | Insurance Clerk | 20% | 98.55 | 4 | 80% | ESFP | $23.61 | $13.85 | $17.01 | $21.84 | $28.53 | $36.55 |
| 219.482-010 | Brokerage Clerk I | 20% | 98.55 | 5 | 81% | ESTP | $23.61 | $13.85 | $17.01 | $21.84 | $28.53 | $36.55 |
| 237.367-022 | Information Clerk | 20% | 98.47 | 4 | 83% | ESFP | $23.59 | $13.84 | $17.00 | $21.83 | $28.52 | $36.53 |
| 913.367-010 | Taxicab Starter | 20% | 97.91 | 3 | 83% | ISTJ | $23.52 | $13.81 | $16.95 | $21.75 | $28.41 | $36.40 |
| 299.357-014 | Telephone Solicitor | 20% | 97.79 | 3 | 74% | ENFP | $23.50 | $13.80 | $16.94 | $21.73 | $28.39 | $36.37 |
| 379.362-010 | Dispatcher, Radio | 20% | 97.03 | 4 | 82% | ESFP | $23.39 | $13.76 | $16.87 | $21.63 | $28.24 | $36.19 |
| 237.367-042 | Referral-and-Information Aide | 20% | 95.58 | 3 | 83% | ESFP | $23.19 | $13.68 | $16.74 | $21.43 | $27.97 | $35.85 |
| 239.367-014 | Dispatcher, Maintenance Service | 20% | 95.58 | 3 | 83% | ESFP | $23.19 | $13.68 | $16.74 | $21.43 | $27.97 | $35.85 |
| 247.367-010 | Classified-Ad Clerk I | 20% | 95.58 | 5 | 81% | ENFJ | $23.19 | $13.68 | $16.74 | $21.43 | $27.97 | $35.85 |
| 205.367-018 | Claims Clerk II | 20% | 95.55 | 4 | 76% | ESTP | $23.18 | $13.68 | $16.74 | $21.43 | $27.96 | $35.85 |
| 237.367-038 | Receptionist | 20% | 95.38 | 4 | 83% | ESFP | $23.16 | $13.67 | $16.72 | $21.41 | $27.93 | $35.81 |
| 249.167-014 | Dispatcher, Motor Vehicle | 20% | 95.38 | 5 | 83% | ENFJ | $23.16 | $13.67 | $16.72 | $21.41 | $27.93 | $35.81 |
| 704.682-010 | Engraver, Machine I | 20% | 94.84 | 4 | 75% | ISFP | $23.08 | $13.64 | $16.67 | $21.33 | $27.83 | $35.68 |
| 209.362-010 | Circulation Clerk | 20% | 94.31 | 3 | 80% | ESFP | $23.01 | $13.61 | $16.62 | $21.26 | $27.73 | $35.56 |
| 221.367-070 | Service Clerk | 20% | 94.15 | 4 | 83% | ISFP | $22.98 | $13.60 | $16.61 | $21.24 | $27.70 | $35.52 |
| 214.587-014 | Traffic Clerk | 20% | 93.46 | 4 | 76% | ISFP | $22.88 | $13.56 | $16.55 | $21.14 | $27.57 | $35.35 |
| 249.367-010 | Animal-Shelter Clerk | 20% | 93.13 | 3 | 80% | ESFP | $22.84 | $13.54 | $16.52 | $21.10 | $27.50 | $35.28 |

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.

Gonzalez, Joseph

Saturday, November 9, 2019

**Note: See JOFV Table 4a, for EC Rxy, SEe and Confidence Intervals.**

| Dot Code | Job Title | TS | VQ | SVP | VA | VIPR | Mean | 10th%ile | 25th%ile | 50th%ile | 75th%ile | 90th%ile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211.462-026 | Check Cashier | 20% | 91.82 | 3 | 71% | ESFP | $22.65 | $13.47 | $16.40 | $20.92 | $27.26 | $34.97 |
| 237.367-010 | Appointment Clerk | 20% | 91.55 | 3 | 83% | ESFP | $22.62 | $13.45 | $16.37 | $20.89 | $27.20 | $34.91 |
| 211.482-014 | Food Checker | 20% | 91.25 | 3 | 71% | ESFP | $22.57 | $13.44 | $16.34 | $20.85 | $27.15 | $34.84 |
| 379.367-010 | Surveillance-System Monitor | 20% | 90.63 | 2 | 82% | ESFP | $22.48 | $13.40 | $16.29 | $20.76 | $27.03 | $34.69 |
| 209.687-010 | Checker II | 20% | 89.61 | 4 | 79% | ESFP | $22.34 | $13.35 | $16.20 | $20.62 | $26.83 | $34.45 |
| 209.687-018 | Reviewer | 20% | 88.82 | 4 | 81% | ESFP | $22.23 | $13.30 | $16.12 | $20.52 | $26.68 | $34.26 |

(c) Copyright 2002-2015 by Billy J. McCroskey, Ph.D.