# Daniel Wolstein, PhD, CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC

One University Plaza, Suite 302 ▪ Hackensack, New Jersey ▪ 201-343-0700
Dan@KincaidVocational.Com

## Profile

- Rehabilitation Needs
- Vocational Evaluation
- Labor Market Analysis
- Employability Assessments
- Social Security Vocational Expert
- Job Search Activities
- Wage Data Knowledge
- National/State Wage Research
- Vocational Rehabilitation
- Assistive Technologies
- Career Counseling
- Test Administration and Analysis

## Experience:

➢ Principal, Kincaid Wolstein Vocational and Rehabilitation Services, 2006- Present
  *Vocational Counselor and Consultant Evaluator*
  - Composing labor market surveys and job analysis reports for company
  - Performing transferable skills analyses
  - Vocational evaluation and assessment
  - Career counseling needs including all aspects of the job search process
  - Assessing vocational history, educational history, past earnings and medical history for vocational reports
  - Counseling consumers in the evaluation, planning and treatment processes of rehabilitation counseling
  - Diagnostic interviews for career counseling, personal injury and matrimonial cases
  - Researching assistive technologies
  - Assessing rehabilitation needs
  - Administering and interpreting a wide range of assessments and instruments

## Education

- East Carolina University, Graduate School
  Doctoral degree in Rehabilitation Counseling and Administration, 2014
- Rutgers University (formerly UMDNJ)
  Master's in Rehabilitation Counseling, 2010
- Ramapo College of New Jersey
  Bachelor of Arts. Major: Psychology, 2008

## Affiliations and Credentials

- Certified Rehabilitation Counselor since March 2010
- Professional Vocational Evaluator since February 2015

Revised 11/5/2019

- Certified Life Care Planner since March 2015
- Certified Rehabilitation Vocationologist since April 2015
- International Psychometric Evaluation Certification since May 2015
- Holds Memberships at professional associations
    - International Association of Rehabilitation Counselors
    - American Board of Vocational Experts
- American Board of Vocational Experts panel for Test Development 2016
- Licensed Rehabilitation Counselor since February 2017
- Director-at-Large: IPEC Test Committee Chair (American Board of Vocational Experts; 2017-2018 term)
- IPEC Test Committee Member (American Board of Vocational Experts (2018-Present)
- Treasurer (American Board of Vocational Experts; 2018-2020 term)

## Presentations and Research

- Lecture for Social Security Administration with Jeff Truthan: November 2019
- Lecture at IARP with Jeff Truthan on sedentary unskilled occupations: November 2019
- Lecture at Rutgers School of Health Related Professions: January 2019, March 2019
- National Organization of Social Security Claimant Representatives: April 2018
    - Presented with Jeff Truthan on research efforts for 137 sedentary unskilled jobs
- Colorado State Bar (Denver, Colorado): 2017
    - Presented on Surveillance-system Monitor Research
- Lecture on Vocational Forensics: Ramapo College, 2015, 2016, 2017
- Published in the Journal of Forensic Vocational Analysis (Winter 2016 issue)
    - Surveillance System Monitors in the Work Force (April 2017)
- National Council on Rehabilitation Education (NCRE) 2012 Conference on Organizational Reengineering for State Vocational Agencies
- Published in the Journal of Applied Rehabilitation Counseling in 2010 under Dr. Mark Chae
    - Worked on extra-curricular research with Dr. Mark Chae
    - Presented publication at Winter Conference hosted at Columbia University
- Composed a curriculum for a skills group for job seekers at DVR
- 1st Annual Research Day at the University of Medicine and Dentistry of New Jersey
    - Presentation based on the skills group held at the Division of Vocational Rehabilitation

## Clinical Experience, Internships, and Practicums

- Clinician for the Office of Workers Compensation from 2015 - Present
- Volunteer Clinician at Jewish Vocational Services from 2014 – Present
    - Returning individuals with disabilities to work

- - o Duties include job placement, job searching, career counseling, resume writing, interviewing skills, and general job counseling
  - Provided clinical services at East Carolina University's Navigate Clinic in 2012
  - Completed 100-hour Practicum at Vocational Rehabilitation at Vidant Health Center
  - Completed 600-hour internship at the Division of Vocational Rehabilitation, NJ
    - o Composed a curriculum for a skills group based on the Boston University Approach
  - Completed 100-hour practicum at the Division of Vocational Rehabilitation, NJ
    - o Worked with individuals to develop rehabilitation plan and return to work

## Additional

- Presidential Citation from ABVE President Dr. Scott Whitmer (2019)
  - o Surveillance System Monitor article and assistance on IPEC credential
- Beta tester for SkillTran Online Transferable Skills Analysis Program (2018)
- Developed website for the Vocational Rehabilitation Counseling Coalition (2017)
- Social Security Vocational Expert (2015-2019)
- Forensic Vocational Rehabilitation Course: Orientation to Forensic Rehabilitation Consultation at the University of Florida (2015)
- Assisted with implementation of the IPEC through peer application review
- Courses Taught: REHB 3000 Introduction to Rehabilitation at East Carolina University
- Courses Assisted: ADRE 5100 Occupational Analysis and Career Counseling
- Invited Reviewer (2014). Article for the Vocational Evaluation and Career Assessment Professionals Journal
- Assisted in CACREP Accreditation Implementation of Program Evaluation Standards for East Carolina University