# Daniel Wolstein, PhD, CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC
One University Plaza, Suite 302 ▪ Hackensack, New Jersey ▪ 201-343-0700

## Listing of Court Appearances Previous Four-Year Period

| | |
|---|---|
| 11/21/17 | Workers Compensation Court<br>State of New Jersey Department of Labor and Workforce Development<br>Hudson County<br>Jersey City, New Jersey<br>Judge Jamie Buonocore<br>Floralba Avendano v. Target Corporation<br>Claim Petition No.: 2006/15760 |
| 2/8/18 | Superior Court of New Jersey<br>Chancery Division – Family Part<br>Hunterdon County Justice Center<br>Flemington, New Jersey<br>Judge Julie Marino<br>Caroline Ranger v. Frederic Simard<br>Docket No.: FM/10/225/16 |
| 9/12/18 | Superior Court of New Jersey<br>Chancery Division – Family Part<br>Somerset County<br>Somerville, New Jersey<br>Judge John McDonald<br>Karalyn Rosenblum v. Mark Rosenblum |
| 10/4/18<br>10/5/18 | Superior Court of New Jersey<br>Chancery Division – Family Part<br>Essex County<br>Newark, New Jersey<br>Judge David B. Katz<br>Daniel Mayo v. Jamie Mayo |
| 11/9/18 | Supreme Court of New York<br>Dutchess County<br>Poughkeepsie, New York<br>Judge James V. Brands<br>James Murray and Lynn Murray v. Home Depot, USA Inc. |
| 12/5/18 | Supreme Court of New York<br>Richmond County<br>Staten Island, New York<br>Judge Alan C. Marin<br>Roberto Ortega v. Opus Development Group Ltd. |

| | |
|---|---|
| 12/14/18 | Supreme Court of New York |
| 12/17/18 | Westchester County |
| | White Plains, New York |
| | Judge John Colangelo |
| | Samantha Podesta v. Joseph Podesta |
| | Index No.: 576172017 |
| | |
| 3/8/19 | Supreme Court of New York |
| | Bronx County |
| | Bronx, New York |
| | Judge Fernando Tapia |
| | Santos Uvidia v. The Cardinal Spellman High School and Archdiocese |
| | Index No.: 306692/2012 |
| | |
| 3/11/19 | Superior Court of New Jersey |
| | Chancery Division – Family Part |
| | Somerset County |
| | Somerville, New Jersey |
| | Judge Robert Ballard |
| | Peter Wright v. Elizabeth Brady Wright |
| | Docket No.: FM-18-298-12 |
| | |
| 3/14/19 | Supreme Court of New York |
| | Kings County |
| | Brooklyn, New York |
| | Judge Bernard Graham |
| | Albert Masmalaj v. NYC Economic Development Corporation |
| | Index No.: 7555/14 |
| | |
| 4/22/19 | Superior Court of New Jersey |
| | Passaic County |
| | Paterson, New Jersey |
| | Judge Thomas LaConte |
| | Barbara Payton v. Peter Berger, D.C. |
| | Docket No.: PAS-L-2668-16 |
| | |
| 05/31/19 | Superior Court of New Jersey |
| | Somerset County |
| | Somerville, New Jersey |
| | Video Deposition Testimony |
| | Christine Reiss v. Warren Medical Center et al. |
| | Docket No.: SOM-L-830-16 |
| | |
| 07/25/16 | Superior Court of New Jersey |
| | Hudson County |

|          |                                                                                                                                                                                                   |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Newark, New Jersey<br>Video Deposition Testimony<br>Timothy Mahoney v. Union Paving and Construction Company<br>Docket No.: HUD-L-0433-17                                                         |
| 09/27/19 | Supreme Court of New York<br>Nassau County<br>Mineola, New York<br>Judge Leonard Steinman<br>Michael Carucci v. Town of Hempstead and Andrew P. Carbone<br>Docket No.: 601096/16                  |
| 10/01/19 | Supreme Court of New York<br>Kings County<br>Brooklyn, New York<br>Judge Reginald Boddie<br>Cathie Mathurin v. David Y. Shalom and BH Contractor Inc.<br>Docket No.: 502729/2017                  |
| 10/03/19 | Supreme Court of New York<br>Bronx County<br>Bronx, New York<br>Judge Norma Ruiz<br>Oscar Avila v. 265 Wythe, LLC, et al.<br>Docket No.: 306785/2013                                              |
| 10/08/19 | Superior Court of New Jersey<br>Bergen County<br>Hackensack, New Jersey<br>Judge Darren DiBlasi<br>Laura Grube v. Michael Grube<br>Docket No.: FM-02-1936-18                                      |
| 10/23/19 | Superior Court of New Jersey<br>Bergen County<br>Hackensack, New Jersey<br>Judge Mary Thurber<br>Mark Eiseman v. Richard Rhim, M.D., et al.<br>Docket No.: BER-L-2334-16                          |
| 11/21/19 | Supreme Court of New York<br>New York County<br>New York, New York<br>Judge Julio Rodriguez<br>Sommer Carbuccia v. New York City Transit Authority, et al.<br>Docket No.: 156715/2014             |

| | |
|---|---|
| 01/10/20 | Superior Court of New Jersey<br>Bergen County<br>Hackensack, New Jersey<br>Judge Jane Gallina-Mecca<br>Qingyou Yan v. Yixiong Xu<br>Docket No. FM-02-2387-18 |
| 01/17/20 | Superior Court of New Jersey<br>Bergen County<br>Hackensack, New Jersey<br>Video Deposition Testimony<br>Luz Jerez v. Steven Bartlett et al.<br>Docket No. BER-L-73-18 |
| 01/27/20 | United States District Court of New Jersey<br>Essex County<br>Newark, New Jersey<br>Judge Brian Martinotti<br>Ernest Hinson Jr. v. United States of America<br>Docket No. 3:18-CV-00870-BRM-LHG |
| 02/26/20 | Superior Court of New Jersey<br>Bergen County<br>Hackensack, New Jersey<br>Judge James Guida<br>Leron Bensoussan v. Richard Bensoussan<br>Docket No. FM-02-2484-18 |

# Daniel Wolstein, PhD, CRC, PVE, CLCP, CRV, IPEC, ABVE/F, LRC
One University Plaza, Suite 302 ▪ Hackensack, New Jersey ▪ 201-343-0700

## Listing of Deposition Appearances Previous Four-Year Period

03/19/18    Mark and Carol Eiseman v. Richard Rhim, M.D., Joshua Rovner, M.D.
             Krompier & Tamn
             Superior Court of New Jersey
             Law Division: Bergen County
             Docket No.: BER-L-2334-16

04/11/18    Daniel Mayo v. Jamie Mayo
             Greenbaum, Rowe, Smith & Davis
             Roseland, New Jersey
             Superior Court of New Jersey
             Law Division: Essex County
             Docket No.: FM-07940-14

04/18/18    Barbara Payton v. Peter Berger, D.C.
             Mattia & McBride
             Fairfield, New Jersey
             Superior Court of New Jersey
             Law Division: Passaic County
             Docket No.: PAS-L-2668-16

08/24/18    Shenna Petty v. Green Earth, Inc., et al.
             Gilman & Bedigian
             Timonium, Maryland
             Circuit Court for Baltimore City
             Case No.: 24-C-17-004450 OT

10/17/18    Luz A. Nunez v. Mordecai D. Katz, et al.
             Law Offices of Jeffrey Hasson
             Teaneck, New Jersey
             Superior Court of New Jersey
             Law Division: Bergen County
             Docket No.:  BER-L-3279-16

01/18/19    Steven Catalano v. J & M Realty Development Corp.
             Robert E. Taylor, Jr., Attorney at Law
             Kenilworth, New Jersey
             Superior Court of New Jersey
             Law Division: Essex County
             Docket No.: ESX-L-6696-16

05/24/19    Laura Diaz v. ShopRite of Perth Amboy, et al.

|          |                                                                                                                                                                                                                               |
|----------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | Stathis & Leonardis<br>Edison, New Jersey<br>Superior Court of New Jersey<br>Law Division: Middlesex County<br>Docket No.: MID-L-03946-16                                                                                     |
| 06/07/19 | Barbara Wilde v. Byron Charles Mischen, MD et al.<br>Florham Park, New Jersey<br>Searcy, Denney, Scarola, Barnhart & Shipley, PA<br>Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida<br>Case No. 522017CA006063xxcici |
| 06/24/19 | Ilhan Alici v. Whole Foods Market<br>Roseland, New Jersey<br>Brach Eichler<br>Superior Court of New Jersey<br>Law Division: Passaic County<br>Docket No.: PAS-L-4081-17                                                       |
| 01/03/20 | Denise DeMartine v. Air-win Corporation et al.<br>Wayne, New Jersey<br>Law Offices of Jonathan Marshall<br>Superior Court of New Jersey<br>Law Division: Ocean County<br>Docket No.: OCN-L-2590-17                            |
| 02/07/20 | Justeen Adams v. Borough of Red Bank et al.<br>Hazlet, New Jersey<br>Cimino & Filippone<br>Superior Court of New Jersey<br>Law Division: Monmouth County<br>Docket No.: MON-L-1878-18                                         |
| 02/17/20 | Steven Beck v. Ponky, LLC, et al.<br>Parsippany, New Jersey<br>Law Office of Edward C. Lutz<br>Superior Court of New Jersey<br>Law Division: Sussex County<br>Docket No.: SSX-L-441-18                                        |