

# EXHIBIT B: COMPENSATION SCHEDULE

| WORK PRODUCT AND DESCRIPTION | FEES |
|---|---:|
| Vocational Evaluation / Earning Capacity Analysis | $5,000 |
| Life Care Plan | $6,000 |
| Vocational Evaluation / Earning Capacity Analysis & Life Care Plan | $10,000 |
| Court Appearance | $3,500 |
| Deposition | $2,000 |
| Preparation for Court Appearance or Deposition | $375/hour |
| Interview No-Show / Cancellation (under 72 hours) | $750 |
| Travel Surcharge | $375 |
| Expedited Report Surcharge (from interview date):<br>1-7 Day Turnaround<br>8-14 Day Turnaround<br>15-29 Day Turnaround | $5,000<br>$3,750<br>$2,500 |
| Supplemental / Addendum / Revision<br>Any edit requested beyond 30 days after the original draft report is *completed* (excluding internal error) | $375/hour |
| *Extensive or Delayed Medical Record Summarization<br>Any summarizing of medical records in excess of 1,000 pages or received after interview has occurred | $375/hour |

[*continued on next page*]