

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSEPH GONZALEZ,

                Plaintiff,

-against-

71 FIFTH GROUND LESSOR LLC, MC 71 FIFTH
AVENUE REALTY LLC, SAMCO PROPERTIES,
LLC., CENTENNIAL ELEVATOR INDUSTRIES
INC., LSL CONSTRUCTION SERVICES INC.,
CRAVEN CORPORATION and CRAVEN
MANAGEMENT CORPORATION,

                Defendants.
-----------------------------------------------------------------------X
LSL CONSTRUCTION SERVICES, INC.,

                Third-Party Plaintiff,

-against-

OTEK BUILDERS, LLC and WEWORK COMPANIES, INC.,

                Third-Party Defendant.
-----------------------------------------------------------------------X
CENTENNIAL ELEVATOR INDUSTRIES INC.,

                Second Third-Party Plaintiff,

-against-

OTEK BUILDERS, LLC and WEWORK COMPANIES, INC.,

                Second Third-Party Defendant.
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/21

Docket No.: 1:18-cv-08122

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Granted. No opposition.
So Ordered
Louis L. Stanton
7/16/21

***PLEASE TAKE NOTICE***, that upon the annexed Affirmation of Doug Gingold, Esq. affirmed the 22nd day of March, 2021, defendant's Memorandum of Law, dated the 22nd day of March, 2021, and upon all the pleadings and proceedings heretofore had herein, the undersigned

will move this Court at a date and time convenient for Court located at 500 Pearl Street, New York, New York, 10007, for the following relief:

(a) for an Order, pursuant Fed. R. Civ. P. 56 granting defendant Craven Corporation summary judgment and dismissing plaintiff Joseph Gonzalez's complaint and all cross-claims against defendant Craven Corporation; and
(b) for such other and further relief as to this Court seems just and proper.

Dated: New York, New York
March 22, 2021

                                   Yours, etc.

                                   *Law Office Of*
                                   **JAMES J. TOOMEY**

                                   *Doug Gingold*
                                   _____

                                   By: Douglas A. Gingold (DG-7494)
                                   Attorneys for Defendant
                                   CRAVEN CORPORATION
                                   **Mailing Address[1]**
                                   P.O. Box 2903
                                   Hartford, CT 06104-2903
                                   T: (917) 778-6600
                                   F: (877) 890-1328

TO:

BLOCK O'TOOLE & MURPHY, LLP.
Attorneys for Plaintiff
One Penn Plaza, Suite 5315
New York, NY 10119
File No.: 4342
(212) 736-5300
(212) 971-9840 (fax)
faranki@BlockOToole.com

---

[1] **Office Address:** 485 Lexington Avenue, 7th Floor, New York, NY 10017

BABCHIK & YOUNG, LLP
Attorneys for Defendants
SAMCO PROPERTIES, INC. and
CENTENTIAL ELEVATOR INDUSTRIES INC.
245 Main Street, Suite 330
White Plains, NY 10601
T: (914) 470-0001
F: (914) 470-0009
bruce.young@babchikyoung.com

KAUFMAN DOLOWICH & VOLUCK LLP
Attorneys for Defendant/Third-Party Plaintiff
LSL CONSTRUCTION SERVICES INC.
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797
(516) 681-1100
mdesantis@kdvlaw.com

BARRY MCTIERNAN & MOORE, LLC
Attorneys for Defendant
71 FIFTH GROUND LESSOR, LLC.
101 Greenwich Street, 14th Floor
New York, NY 10006
(212)-313-3640
(212)-608-8901 (fax)
dschultz@bmmfirm.com

BARTLETT LLP
Attorneys for Defendant
MC 71 FIFTH AVENUE REALTY LLC
711 Westchester Avenue, Suite 405
White Plains, NY 10604
christopher.otton@bartlettllp.com

CULLEN and DYKMAN, LLP
Attorneys for Third-Party Defendants/
Second Third-Party Defendants
OTEK BUILDERS, LLC and
WEWORK COMPANIES, INC.
44 Wall Street, 15th Floor
New York, NY 10005
212-742-1219
Email: ogross@nmkgh.com

GOLDBERG SEGALLA
Attorneys for Defendant
CRAVEN MANAGEMENT CORPORATION
711 3rd Avenue, Suite 1900
New York, NY 10017
**Mail:**
P.O.Box 880
Buffalo, NY 14201
665 Main Street
Buffalo, NY 14203-1425
Direct 646-292-8710 Ext 8710
Fax 646-292-8701
Mobile 516-521-3500