ORIGINAL

MEMO ENDORSED

| 199 WATER STREET, 16TH FLOOR<br>NEW YORK, NY 10038<br>(212) 513-7788 | **AHMUTY, DEMERS & MCMANUS** | 1531 ROUTE 82<br>HOPEWELL JUNCTION, NY 12533<br>(845) 223-3470 |
|---|---|---|
| 634 PLANK ROAD, SUITE 205 A<br>CLIFTON PARK, NY 12065<br>(518) 387-3604 | ATTORNEYS AT LAW<br>200 I.U. WILLETS ROAD<br>ALBERTSON, NEW YORK 11507 | 20 WEST MAIN STREET, SUITE 205<br>RIVERHEAD, NY 11901<br>(516) 535-1844 |
| 55 CHURCH STREET, SUITE 205<br>WHITE PLAINS, NY 10601<br>(914) 584-9934 | (516) 294-5433<br>FACSIMILE (516) 294-5387 | 65 MADISON AVENUE<br>SUITE 400<br>MORRISTOWN, NJ 07960<br>(973) 984-7300 |

September 12, 2022

**VIA ECF**
Hon. Louis L. Stanton, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/22

Re: Gonzalez v. 71 5th / 1:18-cv-08122 - LSS
Morales v. 71 5th / 1:18-cv-08040 – LSS

Honorable Sir:

This office represents defendant, Centennial Elevator Industries, Inc., in the above referenced matter.

This letter is respectfully submitted on behalf of the defendants to request an extension of time to serve liability expert disclosures from September 14, 2022, to September 28, 2022. Due to the hectic schedules of the experts, the defendants hereby request additional time to finish their disclosures. If the time for defendants to disclose their liability experts is being extended, there should be a concomitant extension for the third-party defendants from October 14, 2022 to October 29, 2022.

Thank you for your consideration of this request.

Respectfully,

/s/

Janice Berkowitz, Esq.

Granted
Louis L. Stanton
9/13/22

Gonzalez/Morales v. 71 5th et al.

Page 2

cc:     **ALL PARTIES VIA ECF**